Attachment B



Form: # 7101R. Eff.: 09/10/12. Ref.: Dir. #3376 - page 2

City of New York – Department of Correction

# INMATE GRIEVANCE AND

# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to receive your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

- You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
- You always have the right to file a grievance or request.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

### 1. SUBMISSION

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

### 2. INFORMAL RESOLUTION

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

### 3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

### 4. COMMANDING OFFICER'S REVIEW

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

### 5. CENTRAL OFFICE REVIEW COMMITTEE

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, April 06, 2015 12:50 PM |
| **To:** | 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters' |
| **Cc:** | 'Athanasia Toumanidis'; 'Dr. Anthony Waters'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'Dr. Zachary Rosner'; 'Eric Zimiles'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Amy-Monique Waddell (AWaddell@boc.nyc.gov)'; 'Ashley D'Inverno'; 'Chai Park'; 'Felix Martinez (fmartinez@boc.nyc.gov)'; 'Richard T. Wolf (rtwolf@boc.nyc.gov)'; 'Tonya (BOC) Glover'; Boston, John |
| **Subject:** | RE: Larry Mcnair,, 3491502006, AMKC Dorm 4 Upper - REQUIRES MEDICAL ATTENTION |



THE
LEGAL
AID
SOCIETY

This information is from a recorded voice message that did not provide more factual detail than reported here.

Mr.  McNair reports that he needs antibiotic and pain medication for the rectal abscess that was drained by Corizon staff over the weekend.  He says that these medicines were supposed to have been prescribed for him, but that they were not at the pharmacy this morning.  He says that the site of the abscess is still bleeding and infected with pus coming out of the wound.  He says that the dressing has come off and he only has his unsanitary underwear to cover the area.

Would you please make sure that he receives both antibiotics and pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Would you please also have him seen by a doctor as soon as possible for follow up and provided with any other appropriate and necessary treatment?

Thank you for your attention to this matter.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Thursday, April 09, 2015 5:41 PM |
| **To:** | 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters' |
| **Cc:** | 'Athanasia Toumanidis'; 'Dr. Anthony Waters'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'Dr. Zachary Rosner'; 'Eric Zimiles'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Amy-Monique Waddell (AWaddell@boc.nyc.gov)'; 'Ashley D'Inverno'; 'Chai Park'; 'Felix Martinez (fmartinez@boc.nyc.gov)'; 'Richard T. Wolf (rtwolf@boc.nyc.gov)'; 'Tonya (BOC) Glover'; Boston, John |
| **Subject:** | RE:  POST SURGICAL MEDICAL ATTENTION: Larry McNair 349-15-02006 AMKC Dorm 4 Upper |



THE
LEGAL
AID
SOCIETY

Mr. McNair reports today that he is in so much pain that he cannot sit, but Corizon has not provided him with Tramadol or Tylenol 3 pain medication which he says has been repeatedly prescribed by clinic doctors.

He also says that he has a "flesh-eating virus" in his anal area and the surgical laceration in his anal area is bleeding and pussing.

And, so, we request, again: Would you please make sure that he receives both antibiotics and pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Would you please also have him seen by a doctor as soon as possible for follow up and provided with any other appropriate and necessary treatment?

Thank you for your attention to this matter.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

1

**From:** Wilker, Dale
**Sent:** Friday, April 10, 2015 4:30 PM
**To:** 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters'; Erik.Berliner@doc.nyc.gov
**Cc:** Alixzondra Jasmin, RN; Athanasia Toumanidis; Dr. Anthony Waters; Dr. Luis Cintron; Dr. R. Macdonald; Dr. Zachary Rosner; Eric Zimiles; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Amy-Monique Waddell (AWaddell@boc.nyc.gov); Ashley D'Inverno; Chai Park; Felix Martinez (fmartinez@boc.nyc.gov); Richard T. Wolf (rtwolf@boc.nyc.gov); Tonya (BOC) Glover
**Subject:** RE: POST SURGICAL MEDICAL ATTENTION: Larry McNair 349-15-02006 AMKC Dorm 4 Upper



Mr. McNair called us several times again today.  He has not received pain medication.  He has not had a dressing change for his infected surgical wound for three days.  He has not been able to get to the clinic because DOC staff will not escort him.  He says that Dep. Brantley ordered officers to take him to the clinic at 2 p.m. this afternoon, but after over two hours he is still waiting in his housing area.

Please send a doctor to his housing area to provide medication and treatment.

Thank you.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

**From:** Wilker, Dale
**Sent:** Thursday, April 09, 2015 5:41 PM
**To:** 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters'
**Cc:** 'Athanasia Toumanidis'; 'Dr. Anthony Waters'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'Dr. Zachary Rosner'; 'Eric Zimiles'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Amy-Monique Waddell (AWaddell@boc.nyc.gov)'; 'Ashley D'Inverno'; 'Chai Park'; 'Felix Martinez (fmartinez@boc.nyc.gov)'; 'Richard T. Wolf

## Wilker, Dale

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, April 13, 2015 3:59 PM |
| **To:** | 'EFORD@HEALTH.NYC.GOV'; 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters' |
| **Cc:** | Alixzondra Jasmin, RN; Athanasia Toumanidis; Dr. Anthony Waters; Dr. Luis Cintron; Dr. R. Macdonald; Dr. Zachary Rosner; Eric Zimiles; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Amy-Monique Waddell (AWaddell@boc.nyc.gov); Ashley D'Inverno; Chai Park; Felix Martinez (fmartinez@boc.nyc.gov); Richard T. Wolf (rtwolf@boc.nyc.gov); Tonya (BOC) Glover; agabriel; Angela Solimo; Dr. Anthony Waters; Dr. Elena Panove; Giselle Tavarez; kgorib |
| **Subject:** | RE: MENTAL HEALTH TREATMENT FOR ANXIETY: Larry McNair 349-15-02006 AMKC Dorm 4 Upper |



Mr. McNair reports today that he wants to see Dr. Pello (phonetic spelling), a psychiatrist about anxiety. He says that he cannot sleep. He also says that he was in a fight this morning after the prescription for Seroquel was reduced by 100 mg from 400 mg to 300mg.  He also says that he needs "Aprozolam" 2mg / twice daily.

He says that he was finally seen over the weekend for the problems that we had repeatedly reported last week and before.  He says that a doctor came to his housing area and escorted him to the clinic.  He says that his dressing was changed,  pain medication was renewed and an appointment with Dr. Lieberman was scheduled.

Would you please have him seen by Dr. Pello as soon as possible?

Thank you.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

**From:** Wilker, Dale
**Sent:** Friday, April 10, 2015 4:30 PM
**To:** 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters'; Erik.Berliner@doc.nyc.gov



**NEW YORK CITY DEPARTMENT OF CORRECTION**
**Joseph Ponte, Commissioner**
**Office of the Commissioner**

75-20 Astoria Blvd
East Elmhurst, NY 11370

April 13, 2015

Larry McNair (B/C 349-15-02006)
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

Dear Mr. McNair:

The New York City Department of Correction received your letter dated March 30, 2015.

Please be advised that the issues detailed in your letter were forwarded to the appropriate unit within the Department for further investigation.

Thank you for contacting the New York City Department of Correction.

Sincerely,

Joel Duverge
Director of Constituent Services



## Wilker, Dale

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Tuesday, April 14, 2015 2:47 PM |
| **To:** | 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters'; Erik.Berliner@doc.nyc.gov |
| **Cc:** | Alixzondra Jasmin, RN; Athanasia Toumanidis; Dr. Anthony Waters; Dr. Luis Cintron; Dr. R. Macdonald; Dr. Zachary Rosner; Eric Zimiles; George Axelrod; Nancy Arias RN; Patricia Morgese; Pinney, Becky; Amy-Monique Waddell (AWaddell@boc.nyc.gov); Ashley D'Inverno; Chai Park; Felix Martinez (fmartinez@boc.nyc.gov); Richard T. Wolf (rtwolf@boc.nyc.gov); Tonya (BOC) Glover |
| **Subject:** | RE: POST SURGICAL MEDICAL ATTENTION: Larry McNair 349-15-02006 AMKC Dorm 4 Upper |



THE
LEGAL
AID
SOCIETY

Mr. McNair today says that Corizon still has not changed his dressing for the past three days. He says that a Corizon doctor told him that he has MRSA and prescribed foot and hand crème. Mr. McNair thinks an antibiotic such as Bacitracin is more appropriate.

As we told you yesterday, he says that he was finally seen over the weekend for the problems that we had repeatedly reported last week and before. He says that a doctor came to his housing area and escorted him to the clinic. He says that his dressing was changed, pain medication was renewed and an appointment with Dr. Lieberman was scheduled.

Apparently he has not had follow up dressing changes since, which if true, is incomprehensible to us after all the reports that we have made on his behalf.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.

| **Booking Information** | Incarceration 20-FEB-2015 |
|---|---|
| Book & Case Number: | 3491502006 |
| Current Housing Facility: | AMKC (Anna M. Kross Correctional Facility) |
| Arrest Date: | 19-FEB-2015 |
| Arrest Number: | M15612466H |
| Next Court Date: | 20-MAY-2015 |
| Bail and/or Bond: | $2,501.00 bail or $2,501.00 bond |

| **Charge Information** | |
|---|---|
| Docket: | 2015NY011222 |
| Indictment: | 00000 0000 |
| Court Part: | A |
| Court Name: | Manhattan Crim. Ct. |
| Charge: | 155.25 MA (PETIT LARCENY A Misdemeanor) |

*next ct date 5/21/15*
*bail $1 bond $1*

| | |
|---|---|
| Docket: | 2015NY011223 |
| Indictment: | 00714/2015 |
| Court Part: | 42 |
| Court Name: | Manhattan Supr. Ct. |
| Charge: | 165.45 FE (POSSESSION STOLEN PROPERTY-2ND E Felony) |

*next ct date 5/20/15*
*bail $2000 bond 2500*

**Facility Movement**

| From Date | To Date | Facility |
|---|---|---|
| 24-FEB-2015 | Current | AMKC |
| 23-FEB-2015 | 24-FEB-2015 | GMDC |
| 20-FEB-2015 | 23-FEB-2015 | AMKC |

**Warrants**

| Warrant # | Type | Charge | Severity |
|---|---|---|---|
| 00000000 | Criminal | | F |
| 00617391 | New York State Department of Parole | | F |
| 00618111 | New York State Department of Parole | | F |

City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| LARRY McNAIR | 349-150-2006 | | |
| Facility: | Housing Area: | Date of incident: | Date Submitted: |
| A.M.K.C. | DORM 4 UPPER | 4/23/15 | 4/24/15 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate must file the grievance or request on a specially prepared statement form upon collection of an Inmate Grievance and Request Program (IGRP) staff. IGRP staff will time-stamp and issue to a grievance /a request reference number. IGRP staff shall provide the inmate with a copy of this form as a record receipt within two business days of receipt.

**Request or Grievance:**
ON THE ABOVE DATE AND TWO CONSECUTIVE WEEKS PRIOR
UNITED STATES MAIL DELIVERY HAS NOT BEEN MADE DAILY BY THE
MIL OFFICER C.O. BURKE. IN THE LAST THREE WEEKS WE RECEIVED
MAIL MAYBE TWICE. THIS WAS BOUGHT TO THE ATTENTION OF HOUSING AREA
CAPTAIN SAINT FLEUR, WHOM ALWAYS STATES SHE DOES NOT CARE IN A
SARCASTIC MANNER FAILING TO CONFORM TO HER DUTIES IN ACCORDANCE WITH
MINIMUM STANDARDS OF TH BOARD OF CORRECTIONS, STATE, AND FEDERAL LAWS
GOVERNING THE DELIVERANCE OF MAIL INCOMING AND OUTGOING. THIS WAS ALSO
BOUGHT TO THE ATTENTION OF CAPTAINS DAVILA, AND WHITAKER TO NO AVAIL.

**Action Requested by Inmate:**
THAT MAIL BE DELIVERED DURING THE 7:00 a.m. TO 3:00p.m. TOUR,
AND THAT THIS GRIEVANCE BE PROCESSED BY THE GRIEVANCE COMMITTEE SO
GRIEVANT CAN EXHAUST HIS ADMNISTRATIVE REMEDIES PURSUANT TO THE PLRA
OF THE UNITED STATES DISTRICT COURT AS A REQUIREMENT.

**Please read below and check the correct box**

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☐ Yes | ☒ No |
| Do you need the IGRP staff to write the grievance or request for you? | | ☒ Yes | ☐ No |
| Have you filed this grievance or request with a court or other agency? | | ☒ Yes | ☐ No |
| Did you require the assistance of an interpreter? | | ☐ Yes | ☐ No |

Inmate's Signature: _/s/ McNair_   Date of Signature: 4/24/15

**For IDOC Office Use Only**
IGRP RETAINS THE DOUBLE SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R. Eff: 09/10/12. Ref.: Dir. #3376 - page 2



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to receive your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

- You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
- You always have the right to file a grievance or request.
- Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

### 1. SUBMISSION

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

### 2. INFORMAL RESOLUTION

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

### 3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

### 4. COMMANDING OFFICER'S REVIEW

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

### 5. CENTRAL OFFICE REVIEW COMMITTEE

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

| Parole status: | **Discharged** |
| --- | --- |
| Effective date: | 10/17/2011 |

Offense information (most recent):

| Crime of conviction | Felony class | County of commitment |
| --- | --- | --- |
| ATT CRIM SALE CONTR SUBSTANCE 5TH(REV 09/79) | E | New York |

**From:** Wilker, Dale
**Sent:** Thursday, March 12, 2015 8:48 PM
**To:** 'CONSTITUENT SERVICES'; Heidi Grossman, Esq; Laura Mello, Esq; Nadene Pinnock, Esq
**Cc:** Ozzengett, Juni; Amy-Monique Waddell (AWaddell@boc.nyc.gov); Ashley D'Inverno; Chai Park; Felix Martinez (fmartinez@boc.nyc.gov); Richard T. Wolf (rtwolf@boc.nyc.gov); Tonya (BOC) Glover
**Subject:** RELEASE DATE CALCULATION REQUEST: Larry McNair 349-15-02006 AMKC



THE LEGAL AID SOCIETY

The Prisoners' Rights Project has been contacted by Mr. McNair who says that he should have been released from custody at the end of February; however, the DOC Inmate Lookup website indicates that March 25th is his next court date; but no release date is listed there.

He says that his indictment for felony possession of stolen property was dismissed at his last court appearance and he was supposed to be ROR'd on the remaining misdemeanor charge of petit larceny for which he was issued a desk appearance ticket (DAT).

Last, he says that the parole warrants on the DOC Inmate Lookup Service for him are erroneous because he finished serving the sentences connected with these warrants in 2011.

Would you please have DOC Central Office staff investigate this allegation as soon as possible? If substantiated, please arrange for Mr. McNair's immediate release from custody.

Thank you for your attention to this matter. Would you please let us know the Department's findings and any actions taken to resolve his complaint.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society

Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, then please destroy the email after advising by reply that you erroneously received this communication and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the intended recipient does not waive the attorney-client privilege; neither will it constitute a waiver of the work-product doctrine. Please take note that: (1) e mail communication is not a secure method of communication; (2) any e mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which email is passed.







Learn more about eligibility for
benefits, programs and tax credi

## Inmate Details

**MCNAIR, LARRY**

| | |
|---|---|
| NYSID: | 04587820L |
| Year of Birth: | 1963 |
| Sex: | Male |
| Race: | Black |
| Height: | 5 ft 11 inches |
| Weight: | 181 lbs |
| Hair Color: | Grey |
| Eye Color: | Brown |
| Nativity: | New York |

### Booking Information

Book & Case Number:

Current Housing Facility:

Arrest Date:

Arrest Number:

Next Court Date:

Bail and/or Bond:

### Charge Information

| Docket:Indictment:Court Part:Court Name: | 2015NY01122200000 0000FManh |
|---|---|
| Charge: | 155.25 MA (PETIT LARCENY A M |
| Docket:Indictment:Court Part:Court Name: | 2015NY01122300000 000042Man |
| Charge: | 165.45 FE (POSSESSION STOL |

### Warrants

| Warrant # | Type |
|---|---|
| 00000000 | Criminal |
| 00617391 | New York State Department of Parole |
| 00618111 | New York State Department of Parole |

<u>Skip Navigation</u>

# Parolee Search

Parolee Lookup <u>glossary</u>.

Parolee information:

| | |
|---|---|
| NYSID: | 04587820L |
| DIN: | 09A4883 |
| Name: | Larry Mcnair |
| Date of birth: | 1/15/1963 |
| Race / ethnicity: | Black |
| Release to parole supervision: | 9/21/2011 |
| Parole status: | Discharged |
| Effective date: | 10/17/2011 |

Offense information (most recent):

| Crime of conviction | Felony class | County of commitment |
|---|---|---|
| ATT CRIM SALE CONTR SUBSTANCE 5TH(REV 09/79) | E | New York |

<u>< Previous</u> | <u>New search</u>

<u>Home</u>    <u>Search</u>    <u>Contact Us</u>    <u>Accessibility</u>    <u>Privacy</u>

| Booking Information | Incarceration 20-FEB-2015 |
|---|---|
| Book & Case Number: | 3491502006 |
| Current Housing Facility: | AMKC (Anna M. Kross Correctional Facility) |
| Arrest Date: | 19-FEB-2015 |
| Arrest Number: | M15612466H |
| Next Court Date: | 08-APR-2015 |
| Bail and/or Bond: | $2,001.00 bail or $2,501.00 bond |

## Charge Information

| Docket: | 2015NY011222 |
|---|---|
| Indictment: | 00000 0000 |
| Court Part: | F |
| Court Name: | Manhattan Crim. Ct. |
| Charge: | 155.25 MA (PETIT LARCENY A Misdemeanor) |
| Docket: | 2015NY011223 |
| Indictment: | 00000 0000 |
| Court Part: | 42 |
| Court Name: | Manhattan Supr. Ct. |
| Charge: | 165.45 FE (POSSESSION STOLEN PROPERTY-2ND E Felony) |

## Facility Movement

| From Date | To Date | Facility |
|---|---|---|
| 24-FEB-2015 | Current | AMKC |
| 23-FEB-2015 | 24-FEB-2015 | GMDC |
| 20-FEB-2015 | 23-FEB-2015 | AMKC |

## Warrants

| Warrant # | Type | Charge | Severity |
|---|---|---|---|
| 00000000 | Criminal | | F |
| 00617391 | New York State Department of Parole | | F |
| 00618111 | New York State Department of Parole | | F |

| | |
|---|---|
| Book & Case Number: | 3491502006 |
| Current Housing Facility: | AMKC (Anna M. Kross Correctional Facility) |
| Arrest Date: | 19-FEB-2015 |
| Arrest Number: | M15612466H |
| Next Court Date: | 20-MAY-2015 |
| Bail and/or Bond: | $2,501.00 bail or $2,501.00 bond |

## Charge Information

| | |
|---|---|
| Docket: | 2015NY011222 |
| Indictment: | 00000 0000 |
| Court Part: | A |
| Court Name: | Manhattan Crim. Ct. |
| Charge: | 155.25 MA (PETIT LARCENY A Misdemeanor) |
| Docket: | 2015NY011223 |
| Indictment: | 00714/2015 |
| Court Part: | 42 |
| Court Name: | Manhattan Supr. Ct. |
| Charge: | 165.45 FE (POSSESSION STOLEN PROPERTY-2ND E Felony) |

## Warrants

| Warrant # | Type | Charge | Severity |
|---|---|---|---|
| 00000000 | Criminal | | F |
| 00617391 | New York State Department of Parole | | F |
| 00618111 | New York State Department of Parole | | F |

Inmates released over 30 days ago will not be displayed.

# New York State Unified Court System

## WebCrims

### Case Details - Appearances

**CASE INFORMATION**

| | |
|---|---|
| Court: | **New York Supreme Court - Criminal Term** |
| Case #: | **00714-2015** |
| Defendant: | **Mcnair, Larry** |

| Date/ Part | Judge | Calendar Section | Arraignment/ Hearing Type | Court Reporter | Outcome/ Release Status |
|---|---|---|---|---|---|
| 03/25/2015 42 | Wiley, M | COMPLAINTS | No Type | | |

## Booking Information         Incarceration 20-FEB-2015

| | |
|---|---|
| Book & Case Number: | 3491502006 |
| Current Housing Facility: | AMKC (Anna M. Kross Correctional Facility) |
| Arrest Date: | 19-FEB-2015 |
| Arrest Number: | M15612466H |
| Next Court Date: | 20-MAY-2015 |
| Bail and/or Bond: | $2,501.00 bail or $2,501.00 bond |

## Charge Information

| | |
|---|---|
| Docket: | 2015NY011222 |
| Indictment: | 00000 0000 |
| Court Part: | A |
| Court Name: | Manhattan Crim. Ct. |
| Charge: | 155.25 MA (PETIT LARCENY A Misdemeanor) |

*next ct date 5/21/15 bail $ 1· bond $1*

| | |
|---|---|
| Docket: | 2015NY011223 |
| indictment: | 00714/2015 |
| Court Part: | 42 |
| Court Name: | Manhattan Supr. Ct. |
| Charge: | 165.45 FE (POSSESSION STOLEN PROPERTY-2ND E Felony) |

*next ct date 5/20/15 bail $2000  bond 2900*

## Facility Movement

| From Date | To Date | Facility |
|---|---|---|
| 24-FEB-2015 | Current | AMKC |
| 23-FEB-2015 | 24-FEB-2015 | GMDC |
| 20-FEB-2015 | 23-FEB-2015 | AMKC |

## Warrants

| Warrant # | Type | Charge | Severity |
|---|---|---|---|
| 00000000 | Criminal | | F |
| 00617391 | New York State Department of Parole | | F |
| 00618111 | New York State Department of Parole | | F |

<u>Skip Navigation</u>
-

# Parolee Search

Parolee Lookup <u>glossary</u>.

Parolee information:

| NYSID: | 04587820L |
|---|---|
| DIN: | 09A4883 |
| Name: | Larry Mcnair |
| Date of birth: | 1/15/1963 |
| Race / ethnicity: | Black |
| Release to parole supervision: | 9/21/2011 |
| Parole status: | Discharged |
| Effective date: | 10/17/2011 |

Offense information (most recent):

| Crime of conviction | Felony class | County of commitment |
|---|---|---|
| ATT CRIM SALE CONTR SUBSTANCE 5TH(REV 09/79) | E | New York |

<u>< Previous</u> | <u>New search</u>

<u>Home</u>     <u>Search</u>     <u>Contact Us</u>     <u>Accessibility</u>     <u>Privacy</u>

**Wilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Wednesday, March 18, 2015 5:15 PM |
| **To:** | 'CONSTITUENT SERVICES'; Heidi Grossman, Esq; Laura Mello, Esq; Nadene Pinnock, Esq |
| **Cc:** | Ozzengett, Juni; Amy-Monique Waddell (AWaddell@boc.nyc.gov); Ashley D'Inverno; Chai Park; Felix Martinez (fmartinez@boc.nyc.gov); Richard T. Wolf (rtwolf@boc.nyc.gov); Tonya (BOC) Glover |
| **Subject:** | RE: RELEASE DATE CALCULATION REQUEST:  Larry McNair  349-15-02006 AMKC |

Additional information:

The New York Parolee Lookup Service shows that Mr. McNair was discharged from parole in October 2011.

Please correct the DOC records immediately to reflect that there are no outstanding parole warrants for Mr. McNair.



NYS Department of
**Corrections and
Community Supervision**

Andrew M. Cuomo
Governor

Anthony J. Annucci
Acting Commissioner

Tina M. Stanford
Chairwoman,
Board of Parole

# Parolee Search

Parolee information:

| | |
|---|---|
| NYSID: | 04587820L |
| DIN: | 09A4883 |
| Name: | Larry Mcnair |
| Date of birth: | 1/15/1963 |
| Race / ethnicity: | Black |
| Release to parole supervision: | 9/21/2011 |

Attachment B

Form: # 7101R. Eff.: 09/10/12. Ref.: Dir. #3376 - page 2



City of New York – Department of Correction

# INMATE GRIEVANCE AND

# REQUEST PROGRAM STATEMENT FORM

The Inmate Grievance and Request Program (IGRP) at the NYC Department of Correction is available to receive your individual complaints or concerns about specific matters involving incarceration.

A grievance is a written complaint submitted by an inmate in the Department's custody about an issue, action, condition, or practice relating to the inmate's confinement.

A request is a written individually expressed need for a service, assistance, or accommodation regarding any issue relating to the inmate's confinement.

* You may first seek to resolve the issue or condition by speaking to the involved staff or your housing officer.
* You always have the right to file a grievance or request.
* Before you seek relief from an external entity, like the courts or another agency, you should file your grievance or request with this program.

## THE SUBMISSION AND APPEALS PROCESSES

### 1. SUBMISSION

Submit this form (Statement form) to the IGRP office, IGRP staff, or drop it in a grievance and request box.

### 2. INFORMAL RESOLUTION

You will receive a proposed resolution within five days after the IGRP receives the form. If you disagree with the proposed resolution, you will have five business days to appeal and request a formal hearing.

If your submission involves a request to exercise religious beliefs or practices not currently available and you seek to appeal, the Committee on Religious Accommodations will review your request.

### 3. FORMAL HEARING OF THE INMATE GRIEVANCE RESOLUTION COMMITTEE

The Inmate Grievance Resolution Committee (IGRC) will conduct a hearing and render a written disposition within five business days from your request for a hearing.

If you disagree with the IGRC's disposition, you will have five business days to appeal to the commanding officer.

### 4. COMMANDING OFFICER'S REVIEW

The IGRP staff will forward your appeal to the commanding officer within one business day of receiving it. Within five business days of receiving the appeal, the commanding officer will render a written disposition.

### 5. CENTRAL OFFICE REVIEW COMMITTEE

If you disagree with the commanding officer's disposition, you will have five business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within 15 business days of receiving the appeal. The CORC's disposition is neither the Department's final decision.

NORTH INFIRMARY
1500 HAZEN ST
EAST ELMHURST, N.Y. 11370

RECEIVED
SDNY PRO SE OFFICE
2015 MAY 13 A 10:01

PRO SE OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE, 500 PEARL STREET,
NEW YORK, NEW YORK 10007



" CONFIDENTIAL LEGAL MAIL "