UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2016 FEB -2 PM 12: 13

LARRY McNAIR

(In the space above enter the full name(s) of the plaintiff(s).)

"AMENDED"
15CIV.4006(VSB)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

Jury Trial: ☐ Yes ☐ No
(check one)

N.Y.P.D. OFFICER 28TH PCT. MAX CHOW; N.Y.P.D. COMMWILLIAM BRATTON; DESIGNER SHOE WAREHOUSE OWNER SERVICE CORPORATE COMPANY;DSW SECURITY GUARD JOHN BYERS; ELITE INVESTIGATIONS LTD.; N.Y.C D.O.C. COMM. JOSEPH PONTE; A.M.K.C. WARDEN TONY DURANTE; A.M.K.C. DEPUTY WARDEN SECURITYY DUNBAR; A.M.K.C. INTAKE C.O. ANTOSWESKI; C.O. RITTENHOUSE; C.O. CODY A.M.K.C. INTAKE OFFICERS; CORIZON MENTAL HEALTH DR. PELLOW;SIMPSON;et

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/16

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name LARRY McNAIR
ID # 3491502006
Current Institution R.N.D.C.
Address 11-11 HAZEN STREET
~~EAST ELMHURST, N.Y. 11370~~

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name WILLIAM BRATTON Shield #
Where Currently Employed POLICE PLAZA
Address ONE POLICE PLAZA
NEW YORK, N.Y. 120007

RECEIVED
FEB 02 2016
VERNON S. BRODERICK
U.S. DISTRICT JUDGE
S.D.N.Y.

Defendant No. 2
Name P.O. MAX CHOW Shield #
Where Currently Employed 28TH PRECINC T
Address EIGHTH AVENUE WEST 124TH STREET
NEW YORK, N.Y. 10027

Defendant No. 3
Name DSW DESIUGNER SHOE WAREHOUSE OWNER Shield #
Where Currently Employed 301 W. 125THJ STREET
Address SERVICE CORPORATE COMPANY
80 STATE STREET, ALBANY, N.Y.12207-2543

Defendant No. 4
Name JOHN BYERS Shield #
Where Currently Employed DESIGNER SHOE WAREHOUSE DSW
Address ELITE INVESTIGATIONS LTD.
538 WEST 29TH ST, NEW YORK, N.Y. 10017

Defendant No. 5
Name N.Y.C.D.O.C. COMM. JOSEPH PONTE Shield #
Where Currently Employed RIKERS ISLAND
Address 75-20 ASTORIA BLVD.
EAST ELMHURST, N.Y. 11370

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
designer shoewarehouse dsw; ANNA M. KROSS CENTER.

B. Where in the institution did the events giving rise to your claim(s) occur?
DSW 2ND FLOOR; A.M.K.C. INTAKE AREA COLLECTIVELY

C. What date and approximate time did the events giving rise to your claim(s) occur?
FEBUARY 19, 2015 AT APPROXIMATELY 3:30, AND 6:30 P.M. COLLECTIVELY.

DFEFENDANT NO. 6. N.Y.C.D.O.C. CXOMM. JOPSAEPH PɫONTE
RIKERS ISLAND
75-20 ASTORIA BLVD.
EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 7. WARDEN TONY DURANTE
ANNA M. KROSS CENTER
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 8. DEPUTY WARDEN SECURITYT DUNBAR
ANNA M. KROSS CENTER
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370;

DEFENDANT NO. 9. INTAKE C.O. ANTOSWEWSKI
ANNA M. KROSS CENTER NINTAKE AREA
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370;

DEFGENDANT NO. 10. C.O. RITTENHOUSE
ANNA M. KROSS CENTER INTAKE AREA
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 11. C.O. CODY
ANNAM. KROSS CENTER INTAKE AREA
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 12. C.O. SHAKOOR
ANNA M. KROSS CENTER MEDNTAL HEALTH CLINI(
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 13. CORIZON MENTAL HEALTH DIR. DR. PELLOW
ANNA M. KROSS CENTER HART'S ISLAND
18-18 HAZEN STREET
EST ELMHURST, N.Y. 11370

DEFENDANT NO. 14. DR FLORES
URGI-CARE CENTER
1600 HAZEN STREET
EAST ELMHURST, N.Y. 11370

DEFENDANT NO. 15. DR. METILISCHE
URGI-CARE CENTER
1600 HAZEN STREET
EAST ELMHURST, N.Y. 11370.

D. Facts: ON FEBUARY 19, 2015, AT APPROXIMATELY 3:30 P.M. PLAINTIFF LARRY McNAIR, PRO SE WAS BROWSING THROUGH SHOES AND CLOTHING STORE DESIGNER SAHOE WAREHOUSE INC. LOcated at 301 WEST 125TH street, AND AS HE PROCEEDED DOWN THE ESCALATOR TO THE SECOND FLOOR DEFENDANT SECURITY GUARD JOHN BYERS APPROACHED PLAINTIFF STATING IN SUBSTANCE " DIDN'T I TELL YOU NIGGERS NOT TO COME IN THIS STORE AGAIN STEALING MY EMPLOYER"S MERCHANDISE DEFENDANT CORPORATE SERVICE COMPANY OWNER DSW". PLAINTIFF THEN INFORMED DEFENDANT JOHN BYERS THAT THIS WAS IN FACT HIS FIRST TIME BEING IN SAID DEPARTMENT STORE, AND IN FACT HE DID TELL HIM NOT TO REENTER HE WOULD HAVE SIGNED PAPERS TO THAT EFFECT. DEFENDANT JOHN BYERS ASKEd plaintiff to accompany THE DEFENDANT JOHN BYERS TO AN UNDISCLOSED ROOM TO FIND PAPERS THE PLAINTIFF ALLEGEDLY SIGNED SIGNED, BUT PLAINTIFF DID NOT HAVE HIS IDENTIFICATION ON HIS PERSON, AND THE DEFENDANT FABRICATED A FALSE PETIT LARCENY ACCUSATION AGAINST PLAINTIFF, AND CALLED THE NEW York CITY POLICE DEPARTMENT , SPECIFICALLYT THE 28TH PRECINCT. THE FIRST RESPONDERS INFORMED DEFENDANT JOHN BYERS UPON THEIR INVESTIGATION THA THEY DID NOT HAVE PROBABLE CAUSE TO ARREST PLAINTIFF FOR NOT HAVING IDENTIFICATION, BECAUSE THAT WAS NOT A CRIME. THEY THEN CALLED DEFENDANT TRAFFIC COPMAX CHOW TO SEE IF HE WANTED A COLLAR. PLAINTIFF TRHEN INFORMED DEFENDANT MAX CHOW THAT HE DID NOT HAVE PROBABLE CAUSE TO ARREST HIM EITHER. the defendant max chow assured plaintiff THAT

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PLAINTIFF HAS AND STILL SUFFERS FROM MENTAL, AND EMOTIONAL STRESS. A TRACE OF SERIOUS AND INFECTUOUS DISEASES (MRSA SYPHYLISS AS THE EXACT RESULT OF THE RAPE, SODOMY, AND SEXUAL ASSAULT. NIGHTMARES, PARANOIA, IUNSOMNIA, POST TRAUMATIC STRESS DISORDER LOSS OF TEETH, NEEDING ORAL SURGERY, SUICIDAL TRHOUGHTS, MAJOR DEPRESSION, INCREASED ANXIETY, INCREASED PSYCHOTROPIC MEDICATIONS INCREASE PAIN MEDICATION FROM THE UNDUE UNNECESSARY, AND EXCESSIVE USE OF FORCE, DEPRAVED HARDSHIP IN LOSS OF CIVIL LIBERTIES.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes XX No ____

VICTIM OF A SEXUAL ASSAULT AND RAPE BY THE DEFENDANTS ANNA M. KROSS CENTER INTAKE C.O'S ANTOSWEWSKI;RITTENHOUSE;AND CODY, WHO FALSELY ACCUSED PLAINTIFF, LARRY McNAIR, PRO SE, OF POSSESSING CONTRABABAND VIA RECTAL AREA, AND VIOLEMNTLY SODOMIZED PLAINTIFF WITH THJEIRUNGLOVEDE FINGERS BREAKING HIS SKIN AND HAVING BLOOD TYO BLOOD CONTACT THAT ESSENTIALLY LEAD TO PLAINTIFF DEVELOPING A ABCESS ON HIS LOWER RIGHT GLUTE THAT CONTAINED SYPHLIS, AND MRSA A SEXUALLY TRANSMITTED DISEASE. DEFENDANTS ARE USING THIS X-RAY MACHINE IN THE SEARCH AREA TO SEXUALLY ASSAULT NEW ADMISSIONS, UNDER THE SCOPE AND DUTY BY DEFENDANTS WARDEN TONY DURANTE, DEPUTY WARDEN SECURITY DUNBAR , AND THE RINGLEADER OF THE NEW YORK CITRY DEPARTMENT OF CORRECTION DEFENDANT JOSEPHPONTE. THESE UNLAWFUL PRACTICES ARE INHUMANE AND VIOLATE THE UNIVERSAL DECLARATION OF HUMAN RIGHTS. PLAINTIFF'S FOUTRT , EIGHTH, AND FOURTEENTH AMENDMENT RIGHTS OF THE UNITED STATES ONSTITUTION. THAT ARE UNPROFESSIONA CONDUCTED IN A SADICTIC AND MALICIOUS WITH THE SOLE PURPOSE OF CAUSING EMOTIONAL, PHSICAL INJURIES THAT ARE SERIOUS, AND IN THE WORSTYSCENARIO COULD LEAD TO A PERMANENT INJURY AND/OR DEATH. PLINTIFF PRIOR TO INCARSERATION SUFFERS FROM A SERIOUS AND PERSISTENT MENTAL ILLNESS. AND MEDICAL PROBLEMS (SCHIZOAFFECTIVE DISORDER, AND CONGESTIVE HEART FAILUER(CHF), WHO CONSEQUENTLY COULD OF BEEN THE VICTIM OF THIS HORRIFIC INCIDENT TYHAT COIULD HAVE LEAD TO A HEART ATTACK, AND/OR STROKE THE DEFENDANT POLICE COMMISSIONER WILLIAM BRATTON IS LIABLE WHE HIS TEACHINGS AND INSTRUCTIONS TO POLICE OFFICERS, ESPECIALLY TRAFFIC COPS THAT MAKE ARRESTS WITHOUT PROBABLE CAUSE, WHERE HEALSO DEFENDAN MAX CHOW PRESERVE$D NO JURISDICTION TO ILEGALLY DETAIN PLAINTIFF, AND MAKE AN ARREST THAT QUESTIONS PLAINTIFF'S GAURANTEED RIGHTS BY OUR CONSTITUTI OF THE UNITED STATES. DESIGNER SHOEWAREHOUSE DSW OWNER CORPORATE SERVICE COMPANY ARE LIABLE UNDER MUNIDCIPALITY AND HAVE PERSONAL LIABIL WHEN THEY TRAINED DEFENDANT JOHN BYERS HOW TO PERFO

PERFORM AND CONDUCT HIS DUTIES THAT ARE DISCIMINITORY THAT RISES TO THE LEVEL OF RACIAL CONSUMER PROFILING, AND ESSENTIALLY ARE HELD FULLY LIABLE FOR EVERYTHING THAT HAPPENED AND OCCURRED TO PLAINTIFF DURING THE UNLAWFUL DETAINMENT WITHOUTH PROBABLE CAUSE, INCLUDING BUT NOT LIMITED TO THE RAPE, SODOMY, AND SEXUAL ASSAULT OF PLAINTIFF,,BECAUSE THAT ARREST PLACED PLAINTIFF AT THE HANDS OF DEFENDANTS C.O. AMSWEWSKI; C.O. RITTENHOUSE, AND C.O. CODY. DESIGNER SHOE WAREHOUSE DEFENDANT JOHN BYERS CALLED THE TRAFFIC COP DEFENDANT MAX CHOW BECAUYSE PLAINMTIFF DID NOT HAVE HIS IDENTIFICATION ON HIS PERSON, AND THAT IS NOT A CRIME. TECHNALLY SPEAKING PLAINTIFF PRESERVES THE RIGHT WITHIN THE STATUE OF LIMITATIONS FOR RAPE TO FILE A CRIMINAL COMPLAINT WITHY THE SXPECIAL victims unit (SVU) IN THE FUTURE. ONCE THJE DEFENDANTS MEDICAL RECORDS CAN BE OBTAINED THROUGH DISCOVERY, SUBPONEA BY THE DISTRICT AYTORNEYS OFFICE MR. CYRUS VANCE JR. I WILL NOT ASK FOR CRIMINAL CHARGES UNTIL THE CIVIL MATTER IS RESOLVED, BECAUSE, I DO NOT WANT TO BE MALICIOUS IN FILING THIAS AMENDED COMPLAINT.AFTEDR THE SEXUAL ASSAULT, PLAINTIFF WAS THEN PHYSICALLY ASSAULTED BY THE 10 MODULE DEFENDANTS AT THE A.M.K.C AND HAD BOTH HIS TEETH KNOCKED HIS MOUTH ALLEGEING THE THE FORCE USED WAS UNDUE UNNECESSARY, AND EXCESSIVE, AND TRHAEN P_LACED ON SUICIDE WATCH TO COVER OP THE SEXUAL ASSAULT, AND SOGDOMY USING THE "BLUE WALL OF SILENCE SIMILAR TO THE TACTIC BY THE NEW YORK CITY POLICE DEPARTMENT AFTER THEIR CONDUCT IS OUTSIDE THE GIUIDELINES OF THEIR PROFESSIONAL DUTIES. PLAINTIFF WAS ALSO DENIED MEDICAL AND PSYCHIATRIC CARE AND TREATMENT BY DEFENDANTSDR. FLORES. AND DR, METILISCHE OF URGI-CARE CENTER, WHEN THEY CONDUCTED A SURGICAL PROCEDURE ON THE ABCESS PLAINTIFF ATTAINED AS THE EXACTRESULT O THE SODOMY BY THE THREE C.O.'S OF THE NNA M. KROSS INYTAAKE ARESA AND RETURNED PLAINTIFF BACH TO THE A.M.K.C. WITHOUT ANTIBIOTICS, AND/OR PAINMEDICATIONS FOR HIS SERIOUS PHYSICAL I...

INJURIES FOR SEVENTY-TWO (72) HOURS. THE PARASITES WERELITRALLY EATING PLAINTIFF ALIVE. UNTIL HE WAS FINALLY ISSUED THREE(3) PENICILLIN SHOTS, AND ROBAXIM And wound cAre dAily until the abcessed heAled. DURING THIS TIME DEFENDANTS OF CORIZon mentAl th DR. BOYD, PELLOW, DR SIMPSON ALL DENIED PLAINTIFF MEDICATION FOR HIS SCHIZOAFFECTIVE DISORDER, MAJOR DEPRESSION, PTSD, AND ANXIETY PLAINTIFF SUFFERED FRON BVEN MOPRESO POST SODOMY, SEXUAL ASSAULT AND RAPE. ON ONE OCCAsion in the HART"S ISLAND CORIZON MENTAL HEALTH CLINIC DEFGENDAnt c.o. shakoor THREATENED PLAINTIFF BY REFERENCE TO THE SEXUAL ASSAUILT STAIING IN SUBSTANCE " THAT HE WOULD USE A STIB K THIS TIME TO SODOMIZE PLAINTIFF, AND SEND HIM HOME IN A PINE BOX". AT ALL TIMES AFTER THE SEXUAL ASSAULT PLAINTIFF FEARED FOR HIS SAFETY, AND UNDERWENT RETALIATION FROM THE FILING OF THID COMPLAINT PRACTICALL ON A DAILY BASIS SINCE THE INCIDENT WITH THE DERSIRE TO SCARE AND PREVENT PLAINYIFF FROM EXERCISING HIS CONSTITUTIONL RIGHTS TO BE FREE FROM OONDUCT THAT DIRTHS CRUEL AND UNUSUAL PUNISHMENT TO THE HIGHEST LEVEL OF RETALIATION THAT PLAINTIFF DESPERATELY SOUGHT PSYCHIATRIC MEDICATIONS TO COMBAT AND SURVIVE THIS HORRIFIC EVENT THAT NO HUMAN SHOULD UNDERGO. ESPECIALLY BY PEOPLE WHO TAKE AN OATH TO PROTECT AND SERVE. AND AS SUCH ACTORS ARE ACRING UNDER THE COLOR OF STSTE LAW THEREOF. AND ARE LIABLE UNDER SAID LAW. WHEREFORE PLINTIFF RESPECTFULLY PRAYS, AND ASKS THIS COURT FOR AN INJUNCTION THAT WOULD ESSENTIALLY PROTECT PLAINTIFF FROM FUTURE ACTS OF RETALIATION FOR SOLE PURPOSE OF THE FILING AND FUTURE PROSECUTION OF THIS ACTION BY THE DEFENDANTS NAMED HEREIN. UNDER THE DIRECTION OF MUNICIPALIYTR TY AND PERSONAL LIABILITY, THE DEFENDANTS NEW YORK CITY POLICE COMMISSIONER WILLIAM BRATTON, AND THE NEW YORK CITY DEPARTMENT OF CORRECTION DEFENDANT JOSEPH PONTE Are in fact LIABLE IN THAT THEY BOTH HVE CREATED POLICIES AND DIRECTIVES IN THEIR TRAINING O THEIR SUBORDINATES THAT VIOLATE CITIZENS DUE PROCESS, AND CONSTITUTIONAL RIGHTS THAT GAURANTEE MONETAry compensation for these actionhnS VIA THIS COURT

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ANNA M. KROSS CENTER;DESIGNER SHOE WAREHOUSE DSW STORE

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No XX Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No XX Do Not Know ____

If YES, which claim(s)? NOT APPLI CABLE

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes XX No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? AT THE ANNA M. KROSS CENTER

1. Which claim(s) in this complaint did you grieve? SEXUAL ASSAULT,SODOMY, AND RApe by the defendants

2. What was the result, if any? FORWARED TO THE DEFENDANT WARDEN TONY DURAntE AND DEFENDANT COMM. JOSEPH PONTE, AND I.G. OFFICE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. APPEALED TO HIGHEST LEV EL OF AUTHORITY OF THE EXHAUSTION AVAILABLE TO PLAINTIFF.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: SERIOUS NATURE OF THE INCIDENT REQUIRES THE NEW YORK CITY POLICE DEPARTMENT SPECIAL VICTIMS UNIT , BUT PLAINTIFF DID NOT TO FILB A MALICIOUS CLAIM TO THIS COURT.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: FOUR(4) INSPECTORS FROM TH E INSPECTOR GENERALS OFFICE. REVEREND CATO; MENTAL HEALTH CLINICIAN DAwn jihAn, still pending , no responsEe

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

X PLAINTIFF EXHAUSTED ASE FAR AS THE PRISONERS RIGHTS PROJECT VIA MR, DALE WILKER:MR. MILTON SELEMYER; MS. AGNES BAI AND MS. SARAH KERR. WHOM E-MAILED OPERATIONS AND MEMBERS OF THE BOARD OF CORRECTION.

**Note**: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). PLAINTIF SAEEKS PAIN AND SUFFERING DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE AMOUNT OF $100,000.00 PLAINTIFF ALSO ASEKKS EMOTIONAL STRESS, AND MENTAL ANGUISH IN THE AMOUNT OF $100,000.00 in their idividual cxapacit and OFFICIAL, FINALLY PLAINTIFF SEEKS PUNITIVE DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE AMOUNT OF $ TWO(2) MILLIODN DOLLARS FOR A SUBTOTAL OF EIGHTEEN(18) MILLION DOLLAR PLAINTIFF SALSO SEEK AN IMMEDIATE INJUNCTION THAT WOULD PROTECT PLAINTIFF FROM ANY ACT OF RETALIATION BY THE DEFENDANTS NAMED HEREIN, AND/OR THEIR COUNTER PARTS PROJECTING THE BLUE WAll of silence.

VI. **Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes XX No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff LARRY McNAIR

Defendants DESIGNER SHOE WAREHOUSE DSW, ET AL;

2. Court (if federal court, name the district; if state court, name the county) SOUTHERN

3. Docket or Index number 15 CIV. 3454

4. Name of Judge assigned to your case VERNON S. BRODERICK

5. Approximate date of filing lawsuit APRIL 2015

6. Is the case still pending? Yes XX No ___

If NO, give the approximate date of disposition ___

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) STILL PENDING CONSOLIDATION.

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes XX No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff LARRY McNAIR

Defendants BELLEVUE MEDICAL DIR, BUD HEYMAN, ET AL;

2. Court (if federal court, name the district; if state court, name the county) SOUTHERN DISTRIXT

3. Docket or Index number 15 CIV. 4532

4. Name of Judge assigned to your case RONNIE ABRAMS

5. Approximate date of filing lawsuit MAY 2015

6. Is the case still pending? Yes XX No ___

If NO, give the approximate date of disposition NOT APPLIBABLE

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) STILL PENDING

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2ND day of DECEMBER, 2015.

Signature of Plaintiff ____________________

Inmate Number 3491502006

Institution Address R,N.D.C.
11-11 HAZEN STREET
EAST ELMHURST, N.Y. 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 2ND day of DECEMBER, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"AMENDED COMPLAINT"

LARRY McNAIR
(full name of the plaintiff/petitioner)

15 CV 4006 ( VSB )( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

N.Y.C.POLICE COMM. WILLIAM BRATTON, ET. AL;
(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

DECEMBER 2, 2015
Date

Signature

McNAIR, LARRY
Name (Last, First, MI)

#3491502006
Prison Identification #

11 HAZEN ST, R.N.D.C. EAST ELMHURST, N.Y.11370
Address City State Zip Code

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

"AMENDED COMPLAINT"

LARRY McNAIR
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

N.Y.C. POLICE COMM. WILLIAM BRATTON, ET AL;
(full name(s) of the defendant(s)/respondent(s))

15 CV 4006 ( VSB ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☒ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: R.N.D.C.
   Do you receive any payment from this institution? ☐ Yes ☒ No
   Monthly amount: NOT APPLICABLE
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☒ No
   If "yes," my employer's name and address are:
   
   Gross monthly pay or wages: NOT APPLICABLE
   If "no," what was your last date of employment? 7/88
   Gross monthly wages at the time: $850.00

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.
   (a) Business, profession, or other self-employment ☐ Yes ☒ No
   (b) Rent payments, interest, or dividends ☐ Yes ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No

(d) Disability or worker's compensation payments ☐ Yes ☒ No

(e) Gifts or inheritances ☐ Yes ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☒ No

(g) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

INCARCERATED OWE RESTITUTION

4. How much money do you have in cash or in a checking, savings, or inmate account?

$0.00

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NONE

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

NONE

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

LISA,JASMINE, DESTINY, JANNAE,JASON, JEFFREY STEP CHILDREN

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

NONE

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

DECEMBER 2, 2015

Dated

Signature

MCNAIR, LARRY

Name (Last, First, MI)

#3491502006

Prison Identification # (if incarcerated)

11-11 HAZEN ST, R.N?D.C. EST ELMHURST, N.Y. 11370

Address City State Zip Code

Telephone Number

E-mail Address (if available)


MR. LARRY McNAIR
EAST ELMHURST, N.Y. 11370
USM SDNY P3
HONORABLE VERNON S. BRODERICK
UNITED STATES DIITRIC T JUDGE
UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE- 500 PEARL ST
NEW YORK, N.Y. 10007