UNITE STATES DISTRICT COURT
SOUTHERRN DISTRICT OF NEW YORK
_____ X

LARRY McNAIR,

               PLAINTIFF,

      -against-

DESIGNER SHOE WARE HOUSE, INC. DSW,
SERVICE CORPORATE COMPANY; SECURITY GUARD
JOHN BYERS;ELITE INVESTIGATIONS LTD.;28TH
PRECINCT TRAFFIC COP MAX CHOW; A.M.K.C.
WARDEN TONY DURANTE;DEPUTY WARDEN SECURITY DUNBAR;
C.O. ANTOSZEWSKI;C.O. CODY;C.O. RITTENHOUSE;
URGICARE DR. FLORES;N.Y.C.D.O.C. COMM. JOSEPH
PONTE;

               DEFENDANTS.
_____

: "SECOND AMENDED"
: COMPLAINT
:
: 15 CIV. 4006(LAP)
:
:
:
:
:
:
:

RECEIVED
SDNY PRO SE OFFICE

2016 JUN 14  AM 9:32

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

XX☐ Violation of my federal constitutional rights

☐ Other:    **HUMAN RIGHTSZ, STATE LAW VIOLATIONS**

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| **LARRY** | | **McNAIR** |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

**#3491502006**

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

**G.R.V.C.**

Current Place of Detention

**09-09 HAZEN STREET**

Institutional Address

| **EAST ELMHURST,** | **NEW YORK** | **11370** |
|---|---|---|
| County, City | State | Zip Code |

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

XX☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    SERVICE CORPORATE COMPANY, DSW

| First Name | Last Name | Shield # |
|---|---|---|
| OWNER OF STORE | COMPANY | |

Current Job Title (or other identifying information)

| Current Work Address | | |
|---|---|---|
| ALBANY, | NEW YORK | |
| County, City | State | Zip Code |

Defendant 2:    JOHN                              BYERS

| First Name | Last Name | Shield # |
|---|---|---|
| DSW SECURITY GUARD | | |

Current Job Title (or other identifying information)
301 WQEST 125TH STREET

| Current Work Address | | |
|---|---|---|
| NEW YORK | N.Y. | 10027 |
| County, City | State | Zip Code |

Defendant 3:    ELITE INVESTIGATIONS LTD

| First Name | Last Name | Shield # |
|---|---|---|
| SECURITY GUARD | VENDOR | |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:    MAX                               CHOW

| First Name | Last Name | Shield # |
|---|---|---|
| TRAFFIC COP | 28TH precinct | |

Current Job Title (or other identifying information)
2271-09 8TH AVENUE

| Current Work Address | | |
|---|---|---|
| NEW YORK, | N.Y. | 10027 |
| County, City | State | Zip Code |

DEFENDANT NO.  5.                    A.M.K.C. WARDEN TONY DURANTE
                                    WARDEN ANNA M. KROSS CENTER
                                    18-18 HAZEN STREET
                                    EAST ELMHURST, N.Y. 11370

DEFENDANT NO.  6.                    DEPUTY WARDEN SECURITY DUNBAR
                                    ANNA M. KROSS CENTER
                                    18-18 HAZEN STREET
                                    EAST ELMHURST, N.Y. 11370

DEFENDANT NO.  7.                    C.O. ANTOSZEWSKI
                                    ANNA M. KROSS CENTER INTAKE
                                    18-18 HAZEN STREET
                                    EAST ELMHURST, N.Y. 11370

DEFENDANT NO.  8.                    C.O. CODY
                                    ANNA M. KROSS CENTER INTAKE 2/19/15
                                    18-18 HAZEN STREET
                                    EAST ELMHURST, N.Y. 11370

DEFENDANT NO.  9.                    C.O. RITTENHOUSE
                                    ANNA M. KROSS CENTER INTAKE 2/19/15
                                    18-18 HAZEN STREET
                                    EAST ELMHURST, N.Y. 11370

DEFENDANT NO.  10.                   URGICARE DR. FLORES
                                    16-06 HAZEN STREET
                                    EAST ELMHURST, N.Y. 11370

DEFENDANT NO.  11.                   COMM. JOSEPH PONTE
                                    COMMISSIONER N.Y.C.D.O.C.
                                    75-20 ASTORIA BLVD.
                                    EAST ELMHURST, N.Y. 11370

**V.     STATEMENT OF CLAIM**          DESIGNER SHOE WARE HOUSE, DSW STORE

Place(s) of occurrence:          ANNA M. KROSS CENTER INTAKE AREA

Date(s) of occurrence:          FEBUARY 19, 2016  AT APPROXIMATELY 3:30 P.M.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON FEBUARY 19, 2015 INSIDE THE DESIGNER SHOE WARE HOUSE, DSW STORE AT APPROXIMATELY 3:30 P.M. PLAINTIFF, LARRY MCNAIR, PRO SE, WAS BROWSING THROUGH FOOTWEARWHEN ON HIS WAY OUT HE WAS 1. APPROACHED BY DEFENDANT SECURITY JOHN BYERS, WHO STATED " I THOUGHT I* TOLD YOU NIGGERS TO STOP COMING IN MY BOSS DEFENDANT SERVICE CORPORATE COMPANY WITH HOODIES AND BAGGY JEANS ON SATEALING HIS MERCHANDISE" 2. PLAINTIFF TOLD THIS DEFENDANT THAT IT WAS HIS VERY FIRST TIME IN THE STORE, 3. BUT THE DEFENDANT SECURITY GUARD JOHN BYERS DETAINED PLAINTIFF AND CALLED POLICE DEPARTMENT BECAUSE PLAINTIFF DID NOT HAVE PROPER IDENTIFICATION, 4. DEFENDANT TRAFFIC COP WHO HAD NO JURISDICTION SHOWEDF UP AND WAS ASKED BY RESPONDING (FIRST) IF HE WANTED THIS COLLAR. 5. the defendant MAX CHOW AGREED TO TAKE THE COLLAR, EVEN THOUGH HE DID NOT HAVE PROBABLE CAUSE TO DETAIN AND ARREST PLAINTIFF. 6. PLAINTIFF  LARRY McNAIR  TOLD THE TRAFFIC COP THAT HE DID NOT HAVE PROBABLE CAUSE TO ARREST HIM BECAUSE OF HIS FOURTH AMENDMENT RIGHTS, AND THAT TO DETAIN PLAINTIFF WOULD BE DELIBERATE INDIFFERENT AND CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF PLAINTIFF'S EIGHTH AND FOURTEENTH AMENMENT RIGHTS. &.7. THE DEFENDANT MAX CHOW RESPONDED BY INFORMING PLAINTIFF THAT HE WOULD JUST DETAIN HIM UNTIL HE CAN VERIFY WHO PLAINTIFF WAS AND GIVE HIM A DESK APPEARANCE TICKET BECAUSE DEFENDANT JOHN BYERS COULD NOT PROVE VIA PHYSICAL EVIDENCE THAT A CRIME HAD BEEN COMMITTED THAT WOULD

BECOME ILLEGAL AND VIOLATE ONE'S FOURTH AMENDMENT CONSTITUTIONAL RIGHTS.

9. TRAFFIC COP MAX CHOW HAS ALSO VIOLATED THIOSE RIGHTS OF PLAINTIFF WHEN IN FACT THE CASE OF PETTY LARCENY WAS SUBSEQUENTLY DISMISSED ON MAY 21, 2015 9see three different depopsitions attached hereto as exhibit"A"(). 10. the PLAINTIFF AWS SENT THROUGH CENTRAL BOOKING WHERE HE WAS THEN TURNED OVER TO THE CUSTODY OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, SPECIFICALLY, THE ANNA M. KROSS CENTER UNDER THE EXCLUSIVE CARE, CUSTODY, AND CONTROL OF DEFENDANTS N.Y.C.D.O.C. COMM. JOSEPH PONTE; WARDEN TONY DURANTE; DEPUTY WARDEN SECURITY DUNBAR, AND C.O. ANTOSZEWSHI; CODY; AND ROITTENHOUSE WHERE DURING INTAKE HE WAS STRIPPED SEARCHED, EVEN THOUGH HE ONLY HAD BEEN CHARGED WITH MISDEMEANORS, AND WAS SUPPOSE TO ADORN A PAPER GOWN TO BE SEARCHED IN ACCORDANCE WITH THE LAW (SEE ARREST CHARGES ATTACHED HERETO) 11. AFET PLAINTIFF PASSES THROUGH AN X-RAY BODY MACHINE DEFENDANT ANTOSZEWSKI INFORMS PLAINTIFF THAT HE VIEWED CONTRABAND IN PLAINTIFF'S RECTAL AREA THAT HE NEEDS TO REMOVE OR THEY WILL ALL THREE DEFENDANTS WILL UNLAWFULLY ASSIST PLAINTIFF IN REMOVING FROM SAID RECTAL AREA. 12. PLAINTIFF I(NFORMS ALL THREE DEFENDANTS ANTOSZEWSKI, RITTENHOUSE, AND CODY THAT HE DOES NOT IN FACT HAVE ANY CONTRABAND ON HIS PERSON, ESPECIALLY IN HIS RECTAL AREA, BUT THE THREE(3) DEFENDANT OFFICERS PROCEEDED TO HOLD PLAINTIFF DOWN WHILE ANTOSZEWSKI STUCK HIS UNGLOVED FINGERS IN PLAINTIFF'S RECTUMM WHICH BROKE PLAINTIFF'S SKIN WHERE THER WAS BLOOD TO BLOOD CONTACT AND AS THE EXACT RESULT OF SAID UNLAWFUL SEARCH AND SEIZURE, THAT CONSTITUTED SODOMY, AND SEXUAL ASSAULT THEREOF, PLAINTIFF CONTRACTED A SEXUALLY TRANSMITTED DISEASE KNOWN AS SYPHILIS(SEE MEDICAL DIAGNOSIS AND TREATMENT RECORD ATTACHED HERETO) 13. THESE ACTS TOGETHER CONSTITUTES DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT THAT WAS IN FACT CARRIED OUT IN A SADISTIC, AND MALICIOUS MANNER WITH THE SOLE PURPOSE OF CAUSING HARM, AND SERIOUS PHYSICAL HARM, AND INJURY TO PLAINTIFF. 13. AS IF THE DEFENDANTS WERE NOT DONE AND/OR SATISFIED WITH THAT SPECIFIC DEVIOUS BEHAVIOR THEY WANTED TO KEEP PLAINTRIFF QUIET ABOUT

SO THEY THEN USED UNDUE UNNECESSARY, AND EXCESSIVE USE OF FORCE AGAINST
PLAINTIFF BY KNOCKING TWO(2) TEETH OUT OF HIS MOUTH, WHERE HE NOW REQUIRES
ORAL SURGERY FOR(SEE MEDICAL RECORD AND INJURY EVALUATION ATTACHED HERETO).
14. PLAINTIFF HAD TO TAKE THREE BCN#3 NEEDLES TO RID HIMSELF OF THE
DEADLY VENEREAL DISEASE CALLED SYPHILIS HE CONTRACTED AS THE EXACT RESULT
OF BEING SODOMIZED BT THESE THREE DEFENDANTS. PLAINTIFF LATER DEVELOPED
MRSA IN THE FORM OF AN ABCESS WITH PUS ON HIS LOWER RIGHT GLUTE WHERE
THE DEFENDANT C.O.ANTOSZEWSKI STUCK HIS FINGERS IN PLAINTIFF'S RECTUM
WHERE PLAINTIFF HAD TO SEEK IMMEDIATE MEDICAL ATTENTIO THROUGH URGICARE,
AND THEY DETERMINED THAT PLAINTIFF WAS IN FACT UNFIT FOR COURT DUE TO SAID
INJURIES. 15. PLAINTIFF WAS SEEN BY DEFENDANT DR. FLORES WHO USED A SCALPEL
TO MAKE A SURGICAL CUT ON PLAINTIFF'S BUTTOCK TO SQUEEZE THE SUBSTANCE OUT
OF THE ABCESS THAT WAS LATER DETERMINED TO BE MRSA(FLESK EATING PARASITES).
16. DEFENDANT FLORES DENIED PLAINTIFF ANTIBIOTICS AND PAIN MEDICATIONS
AFTER SAID SURGICAL PROCEDURE FOR THREE(3) DAYS. 17. PLAINTIFF HAD TO ENDUR
UNNECESSARY PAIN AND INFECTION FROM SAID MRSA FOR THREE DAYS, WHICH WAS
IN FACT MEDICAL NEGLIGENCE AND MALPRACTICE ON THE PART OF DEFENDANT DR.
FLORES OF URGICARE LOCATED AT THE WEST FACILITY. PLAINTIFF WAS THEN PLACED
ON THE WOUND CARE LIST WHERE HE HAD TO CHANGE HIS BANDAGES FILLED WITH
BLOOD AND PUS ON A DAILY BASIS, BUT THE CORIZON PRISON HEALTH STAFF
DEFENDANTS AT THE ANNA M. KROSS CENTER REFUSED TO ALLOW PLAINTIFF IN THE
CLINIC DAILY TO TEND TO HIS WOUNDS THAT STEMMED FROM THE RAPE AMD SODOMY
BY THE INTAKE DEFENDANTS C.O.'S ANTOSZEWSKI, RITTENHOUSE, AND CODY. A CRIME
THAT CONSTITUTES A FELONY WAS ACTUALLY COMMITTED BY THESE DEFENDANTS GAINST
PLAINTIFF, AND ALTHOUGH PLAINTIFF HAD TO BE INTERVIEWED BT THE REVEREND
CATO, MENTAL HEALTH CLINICIANS, AND THE INSPECTOR GENERAL'S OFFICE, AND
GIVEN A RAPE PAMPHLET(SEE ATTACHED PHAMPLET ATTACHED HERETO). IT STILL HAS
NOT DONE ANYTHING TO COMPENSATE PLAINTIFF FOR HIS SUFFERING PAIN AND
INJURIES.

FACTS PAGE 8

18. HAD PLAINTIFF NOT BEEN FALSELY ARRESTED BY DESIGNER SHOE WARE HOUSE DSW, DEFENDANT SERVICE CORPORATE COMPANY ALONG WITH DEFENDANTS JOHN BYERS, AND ELITE INVESTIGATIONS LTD. FOR PETTY LARCENY, THAT WAS SUBSEQUENTLY DISMISSED FOR LACK OF EVIDENCE AND WITHOUT PROBABLE CAUSE BY A NEW YORK COUNTY SUPREME COURT JUSTICE ON MAY21, 2015 (SEE THREE ATTACHED DISPOSITIONS OF DISMISSAL ATTACHED HERETO), PLAINTIFF WOULD HAVE NEVER UNDERWENT SAID SEXUAL ASSULT AND SODOMY. 19. ESSENTIALLY THESE DEFENDANTS ARE RESPONSIBLE FOR EVERYTHING THAT HAPPENED TO PLAINTIFF, BECAUSE HE WAS PLACED IN THIS ENVIRONMENT DUE TO THEIR WRECKLESS BEHAVIOR WITH NO REGARD FOR HUMAN LIFE. 20. deeming violations of plaintiff's FOURTH, EIGHTH , AND FOURTEENTH AMENDMENT RIGHTS, NOT TO MENTION THE UNIVERSAL DECLARATION OF HUMAN RIGHTSD, THE PATIENT'S BILL OF RIGHTS, AND THE REHABILITATION ACT AS WELL. BEING PLACED UNDER THE EXCLUSIVE CARE, CUSTODY, AND CONTROL OF THE NEW YORK CITY DEPARTMENT OF CORRECTION THE COMMISSIONER, AND THE WARDENS THEREOF HAVE AN MANDATED OBLIGATION AND DUTY UNDER THE COLOR OF STATE LAW, AND MUNICIPAL LAW THEREOF TO ADHERE TO RULES AND DIRECTIVES THAT DO NOT ENDANGER THE HEALTH AND LIVES OF DETAINEES IN THEIR CARE CONSISTENT WITH THE CLAUSE OUTLINED IN THE FOURTEENTH AMENDMENT,BETTER KNOWN AS THE EQUAL PROTECTION CLAUSE, WHERE PLAINTIFF NO LONGER RETAINS THE LUXURY OF ATTENDING TO HIS OWN NEEDS, BUT HAS TO RELY SOLELY ON THE DEFENDANTS NAMED HERTEIN FOR SAID CARE.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment,
if any, you required and received.

SYPHILIS DISEASE THAT REQUIRE THREE NEEDLES OF BCN #3 one EVERY WEEK

FOR THREE WEEKS, ANTIBIOTICS ROBAXIM, AND TYLENOL #3 with codeieine

FOR PAIN AND MRSA DAILY WOUND CARE FOR RECTAL ABCESS FRO THE EXACT

RESULT OF RAPE. INCREASED ANXIETRY MEDICATIONS AND ANTIPSYCHOTIC

MEDICATIONS FOR AUDIRORY HALLUCINATIONS, INSOMNIA, DEPRESSION,ETC.

BACK PAIN RECEIVED TRAMADOL, AND NEUROTIN FOR PAIN AND INJURIES

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

PLAINTIFF SEEKS PAIN AND SUFFERING DAMAGES FROM EACH DEFENDAN IN

THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE AMOUNT OF FIVE MILLION

DOLLARS, PLAINTIFF SEEKS EMOTIONAL STRESS, AND MENTAL ANGUISH DAMAGES

FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE

AMOUNT OF FIVE(5) MILLION DOLLARS, PLAINTIFF SEEKS PUNITIVE DAMAGES

FROM ECAH DEFENDFANT IN THE AMOUNT OF TEN (10) MILLION DOLLARS FOR A

SUBTOTAL AMOUNT OF ONE HUNDRED AND THIRTY MILLION DOLLARS.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

JUNE 1, 2016

| Dated | Plaintiff's Signature |
|---|---|
| LARRY | McNAIR |

First Name / Middle Initial / Last Name

09-09 HAZEN ST, G.R.V.C.    EAST ELMHURST, N.Y. 11370

Prison Address

| EAST ELMHURST, | N.Y. | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:    JUNE 1, 2016

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LARRY McNAIR
_____

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

(LAP)

15 ___ 4006
CV ___ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

-against-

DSW, SERVICE CORPORATE COMPANY;
_____

JOHN BYERS;ELITE INVESTIGATIONS LTD;ET AL;
_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*    ☒ Yes    ☐ No    (If "No," go to Question 2.)
    I am being held at:        G.R.V.C.
    _____

    Do you receive any payment from this institution? ☐ Yes   ☒ No
    Monthly amount:            N/A
    _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?    ☐ Yes    ☒ No

    If "yes," my employer's name and address are:

                        N/A
    Gross monthly pay or wages: _____

    If "no," what was your last date of employment?   7/88
    _____

    Gross monthly wages at the time:   4$850.00
    _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment    ☐ Yes    ☒ No
    (b) Rent payments, interest, or dividends             ☐ Yes    ☒ No

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK_____ X :

LARRY McNAIR,                                      :        "SECOND AMENDED COMPLAINT
                  PLAINTIFF,                       :
                                                   :         15 CIV. 4006(LAP)
            -against-                              :
                                                   :        "EXHIBITS TABLE OF
DESIGNER SHOE WAREHOUSE,DSW, SERVICE               :        -CONTENTS PAGES 1 TO 06
CORPORATE COMPANY;28TH PCT. TRAFFIC COP,           :
MAX CHOW;DSW ELITE INVESTIGQTIONS LTD,             :
SECURITY GUARD JOHN BYERS; N.Y.C.D.O.C.            :
COMM. JOSEPH PONTE;A.M.K.C. WARDEN TONY            :
DURANTE;DEPUTY WARDEN SECURITY DUNBAR;             :
C.O. ANTOSZEWSKI;C.O. RITTENHOUSE;C.O.             :
CODY;URGICARE WEST FACILITY DR. FLORES.            :
                  DEFENDANTS.                      X

                  TABLE OF CONTENTS.

1. MISDEMEANOR ARREST CHARGES (1 PAGE)

2. MEDICAL COMPLAINT OF SODOMY TO MEDICAL (1 PAGE)

3. MEDICAL DIAGNOSIS (SYPHILIS & TREATMENT) (1 PAGE)

4. GRIEVANCE FORWARDED TO WAERDEN ( 1 PAGE)

5. COMPLAINT MADE TO N.Y.C.COMM. JOSEPH PONTE RESPONSE LETTER(1 PAGE)

6. COMPLAINTS MADE ABOUT INCIDENT AND MEDICAL TREATMENT TO PRISONER'S RIGHTS
PROJECT (4 PAGES)
7. "HOPE FOR HEALING PAMPHLET FOR SEXUAL ASSAULT SURVIVOR'S(5 PAGES)

8. COMPLAINT ABOUT DENIAL OF ANTIBIOTICS AND PAIN MEDICATION FOR ABCESS INJURY
(1 PAGE)
9. MEDICAL RECORDS THAT SUPPORT TREATMENT FOR SYPHILIS, ABCESS, TEETH INJURIES
(9 PAGES)
I). DEPOSITIONB CONCERNING DISMISSAL OF PETTY LARCENY CHARGES FALSE ARREST
(2 PAGES)

DATED:          JUNE 1, 2016                RESPECTFULLY SUBMITTED

                                            LARRY McNAIR,PLAINTIFF, PRO SE

# New York State Unified Court System

## WebCrims

### Case Details - Charges

**CASE INFORMATION**

Court: **New York Criminal Court**
Case #: **2015NY011222**
Defendant: **Mcnair, Larry**

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 155.25 00 **\*\*TOP CHARGE\*\*** | **A Misdemeanor, 1 count, Arrest charge, Arraignment charge** Description: *Petit Larceny* | |
| PL 165.40 00 | **A Misdemeanor, 1 count, Arrest charge, Arraignment charge** Description: *Crim Pssesn Stln Prop 5th* | |

next ct acte  4/8/15

Summary View for MCNAIR, LARRY                                         Page 1 of 2

 **NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

n y c . g o v / h h c
**Correctional Health Services**

# MCNAIR, LARRY

NYSID: 04587820L  BookCase: 3491502006
**Facility Code: AMKC  Housing Area: 3 UPPER**
52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

**Appointment Facility: Anna M. Kross Correctional Facility**

---

03/13/2015                                          **Appointment Provider: David Onuora, PA**

---

## Current Medications

Keppra 500 mg Tablet 1 tab Twice a Day, stop date 03/23/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop date 03/23/2015
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 03/23/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date 03/23/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 03/23/2015
Atorvastatin Calcium 40 mg Tablet 80 mg Once a day, stop date 03/23/2015
Penicillin G Benzathine 600000 UNIT/ML Suspension 2.4 millions Once a Week x 3 week, stop date 03/18/2015
Vistaril 25 MG Capsule 1 cap Twice a Day, stop date 03/16/2015
Lamictal 25 MG Tablet 75 MG At Bedtime, stop date 03/16/2015
Seroquel 300 MG Tablet 1 tablet at bedtime At Bedtime, stop date 03/16/2015

## Past Medical History

Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies

Ibuprofen: hives: Allergy

## Reason for Appointment

1. Injury evaluation

## History of Present Illness

Notes::

As per DOC pt c/o that some body put a finger into his rectum,pt came to clinic refused to be seen risks of refusal discussed with pt which include complications of any sexual diseases or complications of any injuries,pt refused and signed refusal, and Dr Watchtel was also notified.

**Addendum:**

03/13/2015 07:30 AM Onuora, David > INJURY # 5188

**Appointment Provider: David Onuora, PA**

**Electronically signed by David Onuora PA, PA on 03/13/2015 at 07:29 AM EDT**

**Sign off status: Completed**

---

Patient: MCNAIR, LARRY    DOB: 01/13/1963    Progress Note: David Onuora, PA    03/13/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

## MEDICATION ADMINISTRATION RECORD

Name: **MCNAIR, LARRY**         BookCase: 349-15-02006        NYSID: 04587820 LDOB: 01/13/1963   Loc: AMKC/RR

Drug: Penicillin G Benzathine    Strength: 600000 UNIT/ML       Take: 2.4 millions   Freq: Once a Week x 3 week   Duration: 21 days

Form: Suspension                  Route: Intramuscular Start: 02/25/2015   Stop: 03/18/2015

Diagnosis: Syphilis, latent, unspecified

Physician Comments:

Written by: Mohammad Kalam, MD

Approved by:

Allergies: Ibuprofen

Pharm:

Nursing Profile by:
Rx Order No: 7290118-S36370507150225133149



*3491502006*

Order Status: **NEW**     Dispense: RN-DOT     Date and Time of Order: Kalam,Mohammad 2/25/2015 1:31:07 PM

| D/Hr | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| MONTH Feb  YEAR 2015 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| D/Hr | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| MONTH Mar  YEAR 2015 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Drugs Not Administered Code Keys:**
1. Refusal
2. Out to court
3. Out to hospital/specialty clinic
4. Off unit (i.e., visit, recreation, library
   ...thheld (pending lab, abnormal lab,adverse reaction and/or V/S
   ...on-formulary and not available at time of administration

7. Not in cassette, pharmacy notified
8. Medication given to take to court or hospital specialty clinic
9. OOS (out of stock) at time of administration
10. NPO
11. Not produced/No escort. Notifications made as per CHS policy NSG 89
12. Other

CHS 405-C (01/14)



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE AND REQUEST PROGRAM
### DISPOSITION FORM          Attachment - C

Form: # 7102R
Eff.: 09/10/12
Ref.: Dir. #3376

If this is a submission not subject to IGRP process, DOC Grievance Supervisor must choose its category and write down the next steps for the inmate.

- [ ] Staff-on-inmate non-sexual assault (use of force) allegation
- [X] Staff-on-inmate sexual assault/abuse allegation
- [ ] Staff-on-inmate non-sexual harassment
- [X] Inmate-on-inmate non-sexual assault allegation
- [ ] Inmate-on-inmate sexual assault/abuse allegation
- [ ] Inmate-on-inmate non-sexual harassment allegation
- [ ] Status as an intended contraband recipient, enhanced restraint, Red ID, or centrally monitored case inmate

- [ ] Medical staff, e.g., complaints regarding quality of care, request for second medical opinion
- [ ] Mental health staff, e.g., complaints regarding quality of care, request for second medical opinion
- [ ] Request for protective custody (fear for safety)
- [ ] Request for accommodation due to disability
- [ ] Inmate disciplinary process and dispositions
- [ ] Freedom of Information law request
- [X] Other  *STAFF COMPLAINT*

| Next steps: *COMPLAINT FORWARDED TO WARDEN* | Date of Deadline for Status Update from Relevant Entity: |

| Inmate's Signature: | Date: | Grievance Supervisor's Signature: | Date: 3/19/05 |

---

### STEP 2: FORMAL HEARING OF INMATE GRIEVANCE RESOLUTION COMMITTEE

Formal Hearing Disposition:  *INMATE COPY*

Date returned to inmate: _____    IGRC Members Signatures: _____

Please decide within five business days of receipt whether to appeal (Check one box below.)

- [ ] Yes, I agree with the IGRC hearing disposition.
- [ ] No, I disagree with the IGRC hearing disposition and seek to appeal to the Commanding Officer.

| Inmate's Signature: | Date: | Grievance Supervisor's Signature: | Date: |

---

### STEP 3: APPEAL TO THE COMMANDING OFFICER

Grievance Supervisor must check only one box below.

- [ ] Grievance forwarded to the Commanding Officer for action upon IGRC recommendation.
- [ ] Grievance not forwarded to the Commanding Officer (explain):

| Grievance Supervisor's Signature: | Date: |



NEW YORK CITY DEPARTMENT OF CORRECTION
Joseph Ponte, Commissioner
Office of the Commissioner

75-20 Astoria Blvd
East Elmhurst, NY 11370

April 13, 2015

Larry McNair (B/C 349-15-02006)
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

Dear Mr. McNair:

The New York City Department of Correction received your letter dated March 30, 2015.

Please be advised that the issues detailed in your letter were forwarded to the appropriate unit within the Department for further investigation.

Thank you for contacting the New York City Department of Correction.

Sincerely,

Joel Duverge
Director of Constituent Services

Thank you for your attention to this matter.

Dale A. Wilker

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org <mailto:dwilker@legal-aid.org>

From: Kerr, Sarah
Sent: Thursday, April 02, 2015 2:27 PM
To: Zelermyer, Milton; 'Jay Cowan (Jay.Cowan@Corizonnyc.com
<mailto:Jay.Cowan@Corizonnyc.com> )'; 'Dr. Homer Venters'
Cc: 'Athanasia Toumanidis'; 'Dr. Anthony Waters'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'Dr. Zachary
Rosner'; 'Eric Zimiles'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Amy-
Monique Waddell (AWaddell@boc.nyc.gov <mailto:AWaddell@boc.nyc.gov> )'; 'Ashley D'Inverno';
'Chai Park'; 'Felix Martinez (fmartinez@boc.nyc.gov <mailto:fmartinez@boc.nyc.gov> )'; 'Richard T.
Wolf (rtwolf@boc.nyc.gov <mailto:rtwolf@boc.nyc.gov> )'; 'Tonya (BOC) Glover'; Wilker, Dale;
Boston, John
Subject: RE: Larry Mcnair,, 3491502006, AMKC Dorm 4 Upper - REQUIRES MEDICAL ATTENTION

We have received another call from Mr. McNair. He reports being in a great deal of pain in his rectum due to an incident at intake in February. Although he has been able to access sick call several times this week, he has not received assistance. On the occasions when he was able to speak to a clinician, they have told him that he will need to see a doctor. However, no one has communicated to him about when that might occur.

Today he reports waiting in the clinic for assistance for approximately 4 hours. He stated that there were many people left waiting for an inordinate amount of time and there was no indication when he (or others) might be seen. Mr. McNair left the clinic in order to be able to eat lunch. He reports that he remains in need of medical attention for pain and requires a doctor to examine his condition.

Please schedule Mr. McNair to be seen by a physician as soon as possible. Please communicate to Mr. McNair a date when he can expect to have an examination. Please see Mr. McNair today in order to communicate this information and to provide him with necessary pain relief.

## Wilker, Dale

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Monday, April 06, 2015 12:50 PM |
| **To:** | 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters' |
| **Cc:** | 'Athanasia Toumanidis'; 'Dr. Anthony Waters'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'Dr. Zachary Rosner'; 'Eric Zimiles'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Amy-Monique Waddell (AWaddell@boc.nyc.gov)'; 'Ashley D'Inverno'; 'Chai Park'; 'Felix Martinez (fmartinez@boc.nyc.gov)'; 'Richard T. Wolf (rtwolf@boc.nyc.gov)'; 'Tonya (BOC) Glover'; Boston, John |
| **Subject:** | RE: Larry Mcnair,, 3491502006, AMKC Dorm 4 Upper - REQUIRES MEDICAL ATTENTION |



THE
LEGAL
AID
SOCIETY

This information is from a recorded voice message that did not provide more factual detail than reported here.

Mr. McNair reports that he needs antibiotic and pain medication for the rectal abscess that was drained by Corizon staff over the weekend. He says that these medicines were supposed to have been prescribed for him, but that they were not at the pharmacy this morning. He says that the site of the abscess is still bleeding and infected with pus coming out of the wound. He says that the dressing has come off and he only has his unsanitary underwear to cover the area.

Would you please make sure that he receives both antibiotics and pain medication that is appropriate for his condition and which is effective enough for him to tolerate the pain that his conditions would be likely to produce?

Would you please also have him seen by a doctor as soon as possible for follow up and provided with any other appropriate and necessary treatment?

Thank you for your attention to this matter.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

1

**Wilker, Dale**

| | |
|---|---|
| **From:** | Baik, Agnes |
| **Sent:** | Tuesday, March 03, 2015 1:37 PM |
| **To:** | 'michael.blake@doc.nyc.gov' |
| **Cc:** | 'mmostajo@doi.nyc.gov'; 'karen.bhoorasingh@doc.nyc.gov'; 'Miladys.Rivera@doc.nyc.gov'; 'Heidi.Grossman@doc.nyc.gov'; 'constituentservices@doc.nyc.gov'; 'Shirvahna.Gobin@doc.nyc.gov'; 'joel.duverge@doc.nyc.gov'; 'Chantay.Irizarry@doc.nyc.gov'; 'david.due ..∨@doc.nyc.gov'; 'Kathryn.Calise@doc.nyc.gov'; 'jsculco@doi.nyc.gov'; 'rgigante@doi.nyc.go' 'tglover@boc.nyc.gov'; 'rtwolf@boc.nyc.gov'; 'fmartinez@boc.nyc.gov'; 'chpark@boc.nyc.gov'; 'awaddell@boc.nyc.gov'; 'AD'Inverno@boc.nyc.gov' |
| **Subject:** | REPORT OF ASSAULT BY STAFF AND INAPPROPRIATE CAVITY SEARCH: Larry McNair, 3491502006, AMKC |

We have received several voicemails from Mr. McNair reporting several complaints. He said that he had two teeth knocked out during an altercation with officers. He also mentioned that on February 26, COs Rittenhouse and Cody cavity searched him by one or both of the officers putting their bare fingers into Mr. McNair's anal cavity. We do not know if these two incidents are related.

Would you please ensure Mr. McNair's allegations are properly investigated and that steps are taken to protect him, including transferring him to a different housing area or facility if appropriate? Thank you for your attention to this matter.

Agnes Baik
Paralegal Casehandler
Prisoners' Rights Project
199 Water St.
NY, NY 10038
T: (212) 577-3530
F: (646) 616-4893

**..ilker, Dale**

| | |
|---|---|
| **From:** | Wilker, Dale |
| **Sent:** | Thursday, March 12, 2015 9:05 PM |
| **To:** | 'Jay Cowan (Jay.Cowan@Corizonnyc.com)'; 'Dr. Homer Venters'; 'eford@health.nyc.gov' |
| **Cc:** | 'Athanasia Toumanidis'; 'Dr. Anthony Waters'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'Dr. Zachary Rosner'; 'Eric Zimiles'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Amy-Monique Waddell (AWaddell@boc.nyc.gov)'; 'Ashley D'Inverno'; 'Chai Park'; 'Felix Martinez (fmartinez@boc.nyc.gov)'; 'Richard T. Wolf (rtwolf@boc.nyc.gov)'; 'Tonya (BOC) Glover'; agabriel; Angela Solimo; Dr. Anthony Waters; Dr. Elena Panove; Giselle Tavarez; kgorib |
| **Subject:** | RE: MENTAL HEALTH MEDICATION / DENTAL TREATMENT etc. FOR Larry McNair 349-15-02006 AMKC |



THE LEGAL AID SOCIETY

Mr. McNair, age 52, reports that he is still decompensating and still not receiving mental health medication as of March 11th, despite our reports of March 3rd and February 27th, which are reprinted below.

He also says that he needs dental treatment to repair two teeth that were knocked out of his mouth when he was assaulted by correction officers nearly two weeks ago. He says that he is in a great deal of pain from this injury, but has been denied pain medication. His voice sounds slow and slurred on the telephone.

Would you please make sure that, without further delay, he receives mental health and pain medications that are appropriate for his conditions and which effectively manage his symptoms?

Would also you please have him seen by a psychiatrist and a dentist as soon as possible and provided with any appropriate and necessary treatment?

Please let us know your actions taken to address his treatment needs, as well as your findings and any actions taken to resolve his complaints about inadequate care and treatment.

Thank you for your attention to this matter.

*Dale A. Wilker*

Staff Attorney
The Legal Aid Society
Civil Practice / Prisoners' Rights Project
199 Water Street, Room 3059
New York, New York 10038
tel: 212-577-3530 ext. 3943
fax: 212-509-8433
email: dwilker@legal-aid.org

1

# Hope for Healing

### Information for Survivors of Sexual Assault in Detention



STOP PRISONER RAPE

# Table of Contents

Introduction                                          1

Definitions                                           3

Myths and Realities                                   5

Common Reactions During an Assault                    7

Rape Trauma Syndrome                                  9

Challenges of Incarceration                          13

Decisions in the Aftermath                           15

Defense Mechanisms and Coping Skills                 17

Sex and Sexuality                                    21

Gender Roles                                         23

Your Rights                                          25

References                                           27

There are people who care about what you have
endured and what you are going through now,
as you are trying to heal.

# Introduction

Hope for Healing is written for men and women who have survived sexual assault in prisons, jails or other forms of detention. The goals of this publication are to offer information about the impact of sexual abuse and to assist survivors in their efforts to heal from this devastating type of violence.

Perhaps the most important message we wish to convey here is that it is possible to heal from sexual assault. At Stop Prisoner Rape (SPR) we hear from survivors every day. Their stories are disturbing, filled with pain, anger, and sadness. At the same time, we sense the strength of all people who contact us. Their decision to write to SPR, to reach out for help, is in itself a sign that they have started the crucial healing process.

In a note to survivors of prisoner rape, TJ Parsell, himself a survivor and SPR's President, says:

*"I was gang-raped at 17, on my first day in general population in a Michigan prison. Even though I felt hopeless at the time, I want you to know that there is hope. I was able to go on to live a healthy and productive life. I graduated from college, became a successful businessman, and I now advocate for the rights of prisoner rape survivors. I tell you this not to impress you, but to impress upon you that you too can recover from the horrific ordeal you have endured."*

Robin Darbyshire, also a survivor, echoes the same sense of hope. She writes:

*"My life is not the same. I value it more today. Why, because if I had not gone through what I have, I would not have become an activist. Anyone can be assaulted. I was a concert promoter. I am educated. Sexual assault has nothing to do with sex—it deals with power and control. It does not play favorites as to education or color, and the only way to stop it is by breaking the silence and speaking up.*

As a survivor of sexual violence in detention, you are not alone in what happened to you, or in how you feel. There are people who care about what you have endured and what you are going through now, as you are trying to heal. We hope that you will find Hope for Healing informative and useful.

Sexual assault is any type of forced or coerced sexual touching, with or without penetration.

# Definitions

Sexual violence takes several forms, all of which may have a profound impact on your life. Surviving an act of sexual violence takes strength, courage, and skill. You, just like every human being, have the right to decide when and how you engage in sexual activity. No one deserves to be raped. If you have been sexually assaulted, the assault was not your fault.

- An act of violence. It does not express love, lust or attraction. Rape expresses dominance, power, and control. Sexual assault is about domination and maintaining or establishing a hierarchy or ownership.

- A crime, and just like any violent crime, sexual assault is never the victim's fault.

## Sexual Assault is:

- Any sexual contact to which you did not consent. Legal terms and definitions differ state by state. Most people use "rape" to mean any kind of unwanted penetration. Sexual assault is any type of forced or coerced sexual touching, with or without penetration. In this booklet, we will use *sexual assault* and *rape* interchangeably. You can use whatever words you think best describe your experience.

## Sexual Harassment is:

- Unwanted sexual advances that create fear or discomfort and make normal functioning impossible. Sexual harassment may be physical or verbal.

o *Quid Pro Quo*, or "this for that," is when someone offers you something in exchange for doing what they ask.

o *Hostile Environment* harassment happens when someone badgers you

Rape can happen to anyone, no matter how strong,
no matter how smart.

# Myths and Realities

Most of us are taught to think that if we are smart, careful, and follow certain rules, we can stop something like sexual violence from happening to us. We want you to understand the facts about sexual assault, particularly behind bars, so you can begin to believe that you did not cause yourself to be attacked. Rape can happen to anyone, no matter how strong, no matter how smart. It takes a great deal of strength, intelligence, and courage to survive a sexual assault.

At SPR, we often hear the myth that being raped is worse for men, especially straight men. Some people think rape is worse for women or worse if the rapist is a stranger. The reality is that all rapes are devastating and violations of body, mind, and spirit. Sexual assault takes your feeling of control and safety away no matter who you are and no matter who the perpetrator is. Every survivor has characteristics or previous experiences that impact the way the assault feels to her or him.

Survivors often wonder what they did to cause a sexual assault to happen to them. Sometimes placing responsibility on yourself feels safer, as if by blaming yourself you can make sure it will never happen again. This does not really keep you safer because you did not cause the assault. Experiencing some feelings of guilt is normal, but you are not responsible for the rapist's behavior. The rape was not your fault.

You are not responsible for the rapist's behavior.
The rape was not your fault.

.ey
Aid Society
.ice / Prisoners' Rights Project
ʲr Street, Room 3059
k, New York 10038
·577-3530 ext. 3943
ʲ-509-8433
dwilker@legal-aid.org <mailto:dwilker@legal-aid.org>


n: Wilker, Dale
ıt: Monday, April 06, 2015 12:50 PM
. 'Jay Cowan (Jay.Cowan@Corizonnyc.com <mailto:Jay.Cowan@Corizonnyc.com> )'; 'Dr. Homer
ınters'
c: 'Athanasia Toumanidis'; 'Dr. Anthony Waters'; 'Dr. Luis Cintron'; 'Dr. R. Macdonald'; 'Dr. Zachary
ʲosner'; 'Eric Zimiles'; 'George Axelrod'; 'Nancy Arias RN'; 'Patricia Morgese'; 'Pinney, Becky'; 'Amy-
Vlonique Waddell (AWaddell@boc.nyc.gov <mailto:AWaddell@boc.nyc.gov> )'; 'Ashley D'Inverno';
'Chai Park'; 'Felix Martinez (fmartinez@boc.nyc.gov <mailto:fmartinez@boc.nyc.gov> )'; 'Richard T.
Wolf (rtwolf@boc.nyc.gov <mailto:rtwolf@boc.nyc.gov> )'; 'Tonya (BOC) Glover'; Boston, John
Subject: RE: Larry Mcnair,, 3491502006, AMKC Dorm 4 Upper - REQUIRES MEDICAL ATTENTION



This information is from a recorded voice message that did not provide more factual detail than
reported here.


Mr.  McNair reports that he needs antibiotic and pain medication for the rectal abscess that was
drained by Corizon staff over the weekend.  He says that these medicines were supposed to have
been prescribed for him, but that they were not at the pharmacy this morning.  He says that the site of
the abscess is still bleeding and infected with pus coming out of the wound.  He says that the
dressing has come off and he only has his unsanitary underwear to cover the area.


Would you please make sure that he receives both antibiotics and pain medication that is appropriate
for his condition and which is effective enough for him to tolerate the pain that his conditions would be
likely to produce?


Would you please also have him seen by a doctor as soon as possible for follow up and provided with
any other appropriate and necessary treatment?



**MCNAIR, LARRY**

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC  Housing Area: 3 UPPER
52 Y old  Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

nyc.gov/hhc
**Correctional Health Services**

Insurance: Medicaid
Appointment Facility: Anna M. Kross Correctional Facility

03/12/2015                                    Appointment Provider: Tracy Simpson, RN

## Current Medications
Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 03/23/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop
date 03/23/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 03/23/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date
03/23/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day,
stop date 03/23/2015
Atorvastatin Calcium 40 mg Tablet 80 mg
Once a day, stop date 03/23/2015
Penicillin G Benzathine 600000 UNIT/ML
Suspension 2.4 millions Once a Week x 3
week, stop date 03/18/2015
Vistaril 25 MG Capsule 1 cap Twice a Day,
stop date 03/16/2015
Lamictal 25 MG Tablet 75 MG At Bedtime,
stop date 03/16/2015
Seroquel 300 MG Tablet 1 tablet at bedtime
At Bedtime, stop date 03/16/2015

## Past Medical History
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies
Ibuprofen: hives: Allergy

## Reason for Appointment
1. BCN # 3

## History of Present Illness
Notes::
    Pt alert and oriented x3. No acute distress noted. No complaints @
present time. Pt medicated with final dose of BCN 2.4 mil units x1 in
right buttocks as ordered by Dr. Kalam. Tolerated well. Pt educated on
safe sex practices. Pt verbalized understanding.

## Vital Signs

| BP | | | |
|---|---|---|---|
| 121/82 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |
| **Pulse** | | | |
| 74 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |
| **RR** | | | |
| 14 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |
| **Temp** | | | |
| 97.0 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |

**Appointment Provider: Tracy Simpson, RN**

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: Tracy Simpson, RN   03/12/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?en...   9/23/2015



**NEW YORK CITY
HEALTH AND
HOSPITALS
CORPORATION**

n y c . g o v / h h c
**Correctional Health Services**

# MCNAIR, LARRY

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC  Housing Area: 3 UPPER
52 Y old  Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: Anna M. Kross Correctional Facility

03/13/2015

Appointment Provider: David Onuora, PA

## Current Medications
Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 03/23/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop
date 03/23/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 03/23/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date
03/23/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day,
stop date 03/23/2015
Atorvastatin Calcium 40 mg Tablet 80 mg
Once a day, stop date 03/23/2015
Penicillin G Benzathine 600000 UNIT/ML
Suspension 2.4 millions Once a Week x 3
week, stop date 03/18/2015
Vistaril 25 MG Capsule 1 cap Twice a Day,
stop date 03/16/2015
Lamictal 25 MG Tablet 75 MG At Bedtime,
stop date 03/16/2015
Seroquel 300 MG Tablet 1 tablet at bedtime
At Bedtime, stop date 03/16/2015

## Past Medical History
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies
Ibuprofen: hives: Allergy

## Reason for Appointment
1. Injury evaluation

## History of Present Illness
Notes::
    As per DOC pt c/o that some body put a finger into his rectum,pt
came to clinic refused to be seen risks of refusal discussed with pt
which include complications of any sexueal diseases or complications
of any injuries,pt refused and signed refusal, and Dr Watchtel was also
notified.

## Addendum:
03/13/2015 07:30 AM Onuora, David > INJURY # 5188

## Appointment Provider: David Onuora, PA

■

Electronically signed by David Onuora PA, PA on 03/13/2015
at 07:29 AM EDT

Sign off status: Completed

Patient: MCNAIR, LARRY    DOB: 01/13/1963    Progress Note: David Onuora, PA    03/13/2015
Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?en...    9/23/2015



**NEW YORK CITY
HEALTH AND
HOSPITALS
CORPORATION**

nyc.gov/hhc
**Correctional Health Services**

# MCNAIR, LARRY

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC  Housing Area: 3 UPPER
52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: Anna M. Kross Correctional Facility

---

03/13/2015                                        Appointment Provider: David Onuora, PA

## Current Medications
Keppra 500 mg Tablet 1 tab Twice a Day, stop date 03/23/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop date 03/23/2015
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 03/23/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date 03/23/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 03/23/2015
Atorvastatin Calcium 40 mg Tablet 80 mg Once a day, stop date 03/23/2015
Penicillin G Benzathine 600000 UNIT/ML Suspension 2.4 millions Once a Week x 3 week, stop date 03/18/2015
Vistaril 25 MG Capsule 1 cap Twice a Day, stop date 03/16/2015
Lamictal 25 MG Tablet 75 MG At Bedtime, stop date 03/16/2015
Seroquel 300 MG Tablet 1 tablet at bedtime At Bedtime, stop date 03/16/2015

## Past Medical History
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies
Ibuprofen: hives: Allergy

## Reason for Appointment
1. Injury evaluation

## History of Present Illness
Notes::
    As per DOC pt c/o that some body put a finger into his rectum, pt came to clinic refused to be seen risks of refusal discussed with pt which include complications of any sexual diseases or complications of any injuries, pt refused and signed refusal, and Dr Watchtel was also notified.

## Addendum:
    03/13/2015 07:30 AM Onuora, David > INJURY # 5188

## Appointment Provider: David Onuora, PA



**Electronically signed by David Onuora PA, PA on 03/13/2015 at 07:29 AM EDT**

**Sign off status:** Completed

---

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: David Onuora, PA   03/13/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?en...    9/23/2015



**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

n y c . g o v / h h c
**Correctional Health Services**

**MCNAIR, LARRY**

NYSID: 0458782oL BookCase: 3491502006
Facility Code: AMKC Housing Area: 3 UPPER
52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: Anna M. Kross Correctional Facility

03/13/2015

Appointment Provider: Jihan Ward, LMSW

## Current Medications

Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 03/23/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop
date 03/23/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 03/23/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date
03/23/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day,
stop date 03/23/2015
Atorvastatin Calcium 40 mg Tablet 80 mg
Once a day, stop date 03/23/2015
Penicillin G Benzathine 600000 UNIT/ML
Suspension 2.4 millions Once a Week x 3
week, stop date 03/18/2015
Vistaril 25 MG Capsule 1 cap Twice a Day,
stop date 03/16/2015
Lamictal 25 MG Tablet 75 MG At Bedtime,
stop date 03/16/2015
Seroquel 300 MG Tablet 1 tablet at bedtime
At Bedtime, stop date 03/16/2015

## Past Medical History

Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies

Ibuprofen: hives: Allergy

## Reason for Appointment

1. TPR and MH Clinicians Progress Note

## History of Present Illness

TEMPLATES:

### TPR AND MH CLINICIANS PROGRESS NOTE

SUBJECTIVE:
    Subjective
        = Clinician met with patient in the day room for a TPR session.
Clinician discussed patient's admission of being a victim of sexual
assault, which patient stated occurred while in court. Patient initially
did not bring up subject matter, instead, he discussed his legal issues.
However, patient did not refuse to discuss issue, stating, "I'm trying to
think about getting out of jail." Patient and clinician processed
feelings, and patient stated, "I didn't feel safe...I didn't want to talk
about it, but I think about it sometimes." It should also be noted that
patient never spoke about this issue during sessions with MH, or
during daily rounds. Patient did not express thoughts of self harm as a
result of this encounter and did not appear to be in acute distress.
Patient expressed goals of resolving his court issues and remains
focused on this goal at this time. Patient stated, "Jail is the hardest
place to get out of...I want to help these young kids in here stay out of
jail and I'm trying to talk to them about that." Patient reported med
compliance w/o any complaints and no neurovegetative sxs reported
nor psychomotor agitation observed. With regard to mood, Patient
stated, "It's been up and down." Patient stated he tries to manage his
mood by taking his medications, socializing with his peers and
sleeping. Clinician encouraged psych to speak with MH and psych
regarding any issues and emphasized confidentiality and safety with
difficult subject matters. Patient was receptive to suggestion. Patient
left the day room and session ended w/o incident.
TPR INFO:
    TPR info
        Date of review: 03/13/2015
        Date of next review: 03/27/2015
GP/MO:
    GP/MO
        Please select GP or MO: MO
ASSESSMENT OF PROBLEMS AND NEED 1:

---

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: Jihan Ward, LMSW   03/13/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

nyc.gov/hhc
**Correctional Health Services**

**MCNAIR, LARRY**

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC  Housing Area: 3 UPPER
52 Y old  Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid

Appointment Facility: Anna M. Kross Correctional Facility

03/12/2015

Appointment Provider: Tracy Simpson, RN

**Current Medications**
Keppra 500 mg Tablet 1 tab Twice a Day, stop date 03/23/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop date 03/23/2015
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 03/23/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date 03/23/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day, stop date 03/23/2015
Atorvastatin Calcium 40 mg Tablet 80 mg Once a day, stop date 03/23/2015
Penicillin G Benzathine 600000 UNIT/ML Suspension 2.4 millions Once a Week x 3 week, stop date 03/18/2015
Vistaril 25 MG Capsule 1 cap Twice a Day, stop date 03/16/2015
Lamictal 25 MG Tablet 75 MG At Bedtime, stop date 03/16/2015
Seroquel 300 MG Tablet 1 tablet at bedtime At Bedtime, stop date 03/16/2015

**Past Medical History**
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

**Allergies**
Ibuprofen: hives: Allergy

**Reason for Appointment**
1. BCN # 3

**History of Present Illness**
Notes::
    Pt alert and oriented x3. No acute distress noted. No complaints @ present time. Pt medicated with final dose of BCN 2.4 mil units x1 in right buttocks as ordered by Dr. Kalam. Tolerated well. Pt educated on safe sex practices. Pt verbalized understanding.

**Vital Signs**

| BP | | |
|---|---|---|
| 121/82 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |
| Pulse | | |
| 74 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |
| RR | | |
| 14 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |
| Temp | | |
| 97.0 | 03/12/2015 03:58:09 PM | Tracy Simpson-Mitchell |

**Appointment Provider: Tracy Simpson, RN**



Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: Tracy Simpson, RN   03/12/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

n y c . g o v / h h c
**Correctional Health Services**

Insurance: Medicaid

# MCNAIR, LARRY

NYSID: 04587820L BookCase: 3491502006
Facility Code: AMKC Housing Area: 4 UPPER
52 Y old Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

**Appointment Facility: West Facility**

04/04/2015                                              **Appointment Provider: PETER GRUBER, MD**

## Current Medications
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 04/18/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day,
stop date 04/18/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop
date 04/18/2015
Lisinopril 20 mg Tablet 1 tab Daily, stop date
04/18/2015
Atorvastatin Calcium 40 mg Tablet 80 mg At
Bedtime, stop date 04/18/2015
Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 04/18/2015
Lisinopril 10 mg Tablet 3 tablets Daily, stop
date 06/26/2015
Lamictal 25 MG Tablet 75 MG At Bedtime,
stop date 04/15/2015
Seroquel 300 MG Tablet 1 tablet at bedtime
At Bedtime, stop date 04/15/2015
BusPIRone HCl 10 mg Tablet 1 tab Twice a
Day, stop date 04/15/2015

## Past Medical History
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

## Allergies
Ibuprofen: hives: Allergy

## Reason for Appointment
1. S/P Rt Gluteal Abscess

## History of Present Illness
Notes::
    S/P Rt Gluteal abscess, I & Ded in Urgi on 4/3, here for f/u care,
wound check and change of packing/dressing. Referred to MD...S.Bhat,
RN
    Doctor note: pt returns for wound check of buttock i and d
yesterday.

## Vital Signs

| BP | | |
|---|---|---|
| 126/82 | 04/04/2015 04:08:27 PM | Seetharama Bhat |
| **Pulse** | | |
| 88 | 04/04/2015 04:08:27 PM | Seetharama Bhat |
| **RR** | | |
| 16 | 04/04/2015 04:08:27 PM | Seetharama Bhat |
| **Temp** | | |
| 97.0 | 04/04/2015 04:08:27 PM | Seetharama Bhat |

## Examination
General Examination:
    GENERAL APPEARANCE: comfortable.
    BACK: right buttock: packing removed with pus expressed; wound
cleaned and new packing and dressing placed.

## Assessments
1. Abscess - 527.3

## Treatment

1. Abscess
Start Tylenol Tablet, 325 MG, 3 tabs, Orally, stat, 0 days, RN-DOT
Referral To:Urgicare WF   Urgicare

---

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: PETER GRUBER, MD   04/04/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Referral to discharge planning: *no referral indicated*
MENTAL HEALTH -- CURRENT AND HX:
   Mental Health -- Current and Hx
     Mental Health Hx? (If yes, describe in Notes field) *Yes h/o Schizoaffective D/O*
     Current suicidal ideation/plan? *No*
     Remove client from BradH Cohort [has been treated less than 3 times]? *No*
     Does client need further treatment for mental illness? *Yes*
RE-REFERRAL REMINDER:
   Re-Referral Reminder **RE-REFERRAL TO DISCHARGE PLANNING SHOULD HAPPEN IF - Change in the client's status that will impact their discharge plan: Homelessness, SMI status, hospital return, sentencing, civil commitment, and/or desire to accept an entitlement service or any discharge planning service that was previously declined**.

**Examination**

OBJECTIVE:
   Objective:
     = *Patient presented as cooperative, well related, and ox3 with good eye contact. His mood was slightly irritable with constricted affect. Patient did not appear to be in acute psychiatric distress, or internally preoccupied. Upon questioning, he did not report any current AH/VH/SI/HI. He presented with an organized thought process, with relevant content. Discussed how pt is coping with the current stressors surrounding his incarceration, as well as his hopes of returning soon to his wife and 7 stepchildren. During the session, pt alleged that he had previously reported an incident of sexual abuse, alleging this incident occurred at the hands of an officer in the intake pen upon his admission on 2/15/14. Pt stated that he was seen by medical and spoke to "investigators" already. Clinician notified operations to ensure the incident had indeed already been reported. Operations assured clinician that the incident had been previously reported and clinician need take no further steps in addressing the matter with administration/medical. Clinician provided supportive and behavioral counseling regarding pt's feelings on the matter during session. Pt reports coping adequately and appears stable at this time.*
MENTAL STATUS:
   Appearance:
     = *Chronological Age, Normal Weight Fair Grooming, Pt Alert & O x 3*

   Mood:
     = *Slightly Irritable*

   Affect:
     = *Constricted* .

   Impulse control:
     = *Adequate* .

---

**Patient: MCNAIR, LARRY    DOB: 01/13/1963    Progress Note: Janine Donovon, MHC    03/27/2015**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Reason:daily woiund care to left mid- buttock area clena with NS apply dry dressing x 10days

Notes: Patient A&Ox3 was medicated with Tylenol/Codeine #3 300mgx2 , Bactrim 800-160mg x1 PO as recommended. No side effect noted. L Eugene, RN.

**Appointment Provider: Vittorio Harris, RPA**



**Electronically signed by Vittorio Harris PA on 04/06/2015 at 07:24 AM EDT**

**Sign off status: Completed**

Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-3550
Fax:

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: Vittorio Harris, RPA   04/05/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**NEW YORK CITY
HEALTH AND
HOSPITALS
CORPORATION**

n y c . g o v / h h c
**Correctional Health Services**

## MCNAIR, LARRY

NYSID: 04587820L  BookCase: 3491502006
Facility Code: AMKC  Housing Area: 4 UPPER
52 Y old  Male, DOB: 01/13/1963
2070 7TH AV, 5S, 5S, NY, NY-10027

Insurance: Medicaid
Appointment Facility: Anna M. Kross Correctional Facility

---

04/19/2015                                Appointment Provider: Felix Ezekwe, MD

### Current Medications
Lisinopril 10 mg Tablet 3 tablets Daily, stop
date 06/26/2015
Miconazole Nitrate 2 % Cream APPLY TOP
Twice a Day, stop date 04/24/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 05/14/2015
Carvedilol 6.25 MG Tablet 1 tab Twice a day,
stop date 05/14/2015
Furosemide 40 mg Tablet 2 tabs Daily, stop
date 05/14/2015
Atorvastatin Calcium 40 mg Tablet 80 mg At
Bedtime, stop date 05/14/2015
Keppra 500 mg Tablet 1 tab Twice a Day, stop
date 05/14/2015
Seroquel 400 MG Tablet 1 tablet at bedtime
At Bedtime, stop date 04/21/2015
BusPIRone HCl 10 mg Tablet 1 tab Twice a
Day, stop date 04/21/2015

### Past Medical History
Disabilities
Chickenpox
Hypertension
Heart disease
Seizures
SPMI - NO
SPMI - NO
Tendonitis NOS
REFUSAL OF TREATMENT
REFUSAL OF TREATMENT
Rash
PERSONALITY DISORDER NOS
Major depression NOS
PSYCHOSIS NOS
Depression with anxiety

### Allergies
Ibuprofen: hives: Allergy

### Reason for Appointment
1. Pt said " I needs pain medication for my open wound in the right
buttock " .

### History of Present Illness
Notes::
   pt said his pain medication ran out and he wants pain medication.

### Vital Signs

| BP | | |
|---|---|---|
| 123/78 | 04/19/2015 02:37:57 PM | Felix Ezekwe |
| **Pulse** | | |
| 78 | 04/19/2015 02:37:57 PM | Felix Ezekwe |
| **RR** | | |
| 16 | 04/19/2015 02:37:57 PM | Felix Ezekwe |
| **Temp** | | |
| 98.7 | 04/19/2015 02:37:57 PM | Felix Ezekwe |
| **SaO2** | | |
| 100 | 04/19/2015 02:37:57 PM | Felix Ezekwe |

### Examination

General Examination:
   GENERAL APPEARANCE: well-developed, no acute distress.
   HEENT: normocephalic.
   NECK: supple.
   HEART: normal S1S2, no S3 or S4.
   LUNGS: clear to auscultation bilaterally.
   ABDOMEN: normal without tenderness, masses, or megaly.
   SKIN: + small open wound in the right buttocks with no
discharge..
   EXTREMITIES: no clubbing, no edema, no cyanosis.
   NEUROLOGIC EXAM: alert and oriented x 3, normal sensation,

---

Patient: MCNAIR, LARRY   DOB: 01/13/1963   Progress Note: Felix Ezekwe, MD   04/19/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...    9/23/2015

## RNDC COMPUTER INFORMATION

PRINT NAME: _McNair_

DATE: _____

B&C: _____

NYSID: _____

| | | |
|---|---|---|
| PENAL CHARGE: 155.25 | PENAL CHARGE: 155.25 | PENAL CHARGE: |
| DESCRIPTION: Petit Larceny | DESCRIPTION: Petit Larceny | DESCRIPTION: |
| FEL./MISD.: 4 | FEL./MISD.: 4 | FEL./MISD.: |
| DOCKET: | DOCKET: | DOCKET: |
| INDICTMENT NO.: | INDICTMENT NO.: | INDICTMENT NO.: |
| COURT DATE: Dismissed     PART: 5/21/15 | COURT DATE: Dismissed     PART: 5/21/15 | COURT DATE:     PART: |
| BOND: | BOND: | BOND: |
| BAIL: | BAIL: | BAIL: |
| WARRANT/MISC.: | WARRANT/MISC.: | WARRANT/MISC.: |
| (ICP): ___ YES ___ NO | (ICP): ___ YES ___ NO | (ICP): ___ YES ___ NO |

PAPERS                    FOR UPDATES, BRING THIS FORM WITH

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 425269

THE PEOPLE OF THE STATE OF NEW YORK
                    VS

MCNAIR, LARRY
Defendant

01/15/1963
Date of Birth

2070 7 AVE
Address

4587820L
NYSID Number

NY                    NY
City          State  Zip

02/19/2015
Date of Arrest/Issue

Docket Number: 2015NY011222

Summons No:

155.25 165.40
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 05/21/2015 | DISM-CONVICTION UNRELATED DKT 00714-2015 | SCHERZER,A | A |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY          _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

KELLY,E  E Kelly
COURT OFFICIAL SIGNATURE AND SEAL

10/21/2015
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

MR. LARRY MCWADE #349/502006
09-09 HAZEN ST, G.R.V.C.
EAST ELMHURST, N.Y. 11370




USM P3
SDN Y

PRO SE INTAKE UNIT ROOM 200
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK
U.S. COURTHOUSE - 500 PEARL ST.
NEW YORK, N.Y. 10007

2016 JUN 14  AM 9:32
SDNY PRO SE OFFICE
RECEIVED

"CONFIDENTIAL LEGAL MAIL"          1 OF 2 ENVELOPES